```
                    IN THE UNITED STATES DISTRICT COURT
                         FOR THE DISTRICT OF ARIZONA
                     CIVIL MINUTES - SCHEDULING CONFERENCE
```

Phoenix Division

CIV 16-2026-PHX-DGC                   DATE: 11/17/2016
Year   Case No   Initials

Title:  Continental Circuits LLC, vs. Intel Corp., et al.,
              Plaintiff                          Defendants
=========================================================================

HON: DAVID G. CAMPBELL


 Traci C. Abraham                      Elva Cruz-Lauer
   Deputy Clerk                         Court Reporter
TELEPHONIC APPEARANCE:

 See Below
Attorney(s) for Plaintiff(s)
 See Below
 Attorney(s) for Defendant(s)
=========================================================================

**PROCEEDINGS:    X   Open Court       ____ Chambers        _____
Other**

APPEARANCES: Joseph Schenk, Jason McManis, Warren McCarty III, Bradley Caldwell for plaintiff; Joseph Mueller, Nina Tallon, Aaron Matz, Chad Campbell for defendant Intel Corp.; Frank West and Kenneth Motolenich-Salas for defendant Ibiden

Case management conference held.

Parties proposed protective and ESI orders discussed. Parties to rework the language as discussed on the record and resubmit proposed orders to the Court.

Joint case management report discussed. Parties shall have another meeting and submit a revised joint case management report. Parties shall focus on the following 5 areas: (1) More

CV 16-2026-PHX-DGC
Page 2
11/17/2016

precise schedule for narrowing of claims and defenses;
(2)Number of requests for production of documents;(3) Amount
of time needed for depositions;(4) Periodic status
conferences, every 3 months or so;(5)Whether there are issues
or discovery that should be addressed first in the
litigation.

Initial disclosure deadline will remain 12/2/2016.

Case management conference is reset by telephone for December
2, 2016 at 3:00 p.m. Parties by noon on December 1, 2016 shall
submit their revised joint case management plan focusing on
the 5 issues addressed above.