| | |
|---|---|
| Chad S. Campbell (State Bar No. 012080)<br>CSCampbell@perkinscoie.com<br>PERKINS COIE LLP<br>2901 N. Central Avenue, Suite 2000<br>Phoenix, AZ 85012<br>Telephone: (602) 351-8000<br>Facsimile: (602) 648-7000<br><br>William F. Lee (*pro hac vice*)<br>William.Lee@wilmerhale.com<br>Joseph J. Mueller (*pro hac vice*)<br>Joseph.Mueller@wilmerhale.com<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>Telephone: (617) 526-6000<br>Facsimile:  (617) 526-5000<br><br>Nina S. Tallon (*pro hac vice*)<br>Nina.Tallon@wilmerhale.com<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>1875 Pennsylvania Ave., NW<br>Washington, DC  20006<br>Telephone: (202) 663-6000<br>Facsimile:  (202) 663-6363<br><br>*Attorneys for Defendant Intel Corporation* | Kenneth M. Motolenich-Salas<br>(State Bar No. 027499)<br>GALLAGHER & KENNEDY, P.A.<br>2575 East Camelback Road<br>Phoenix, Arizona 85016-9225<br>Tel: (602) 530-8000 / Fax: (602) 530-8500<br>ken.motolenich@gknet.com<br><br>Frank West (*admitted pro hac vice*)<br>fwest@oblon.com<br>OBLON, MCCLELLAND, MAIER<br>  & NEUSTADT, LLP<br>1940 Duke Street<br>Alexandria, Virginia 22314<br>Telephone: (703) 412-7049<br>Facsimile: (703) 413-2220<br><br>*Attorneys for Defendants Ibiden Co., Ltd. and Ibiden U.S.A. Corporation* |

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Continental Circuits LLC,<br><br>            Plaintiff,<br><br>   v.<br><br>Intel Corporation; Ibiden U.S.A. Corporation; and Ibiden Co., Ltd.,<br><br>            Defendants. | Case No. 2:16-cv-02026-DGC<br><br>**DEFENDANTS' NOTICE OF SERVICE OF DISCOVERY REQUEST** |

1. PLEASE TAKE NOTICE that on November 28, 2016, Defendants Intel Corporation, Ibiden U.S.A. Corporation and Ibiden Co., Ltd., served via email the following discovery request upon counsel of record for Defendants:

1. Defendants' First Set of Common Interrogatories to Plaintiff (Nos. 1-7).

This notice is filed in lieu of filing the original discovery papers, pursuant to LRCiv 5.2.

DATED: November 29, 2016              Respectfully submitted,


                                       By:   /s/ *Chad S. Campbell*

                                       Chad S. Campbell (State Bar No. 012080)
                                       PERKINS COIE LLP
                                       2901 N. Central Avenue
                                       Suite 2000
                                       Phoenix, AZ 85012
                                       Telephone: (602) 602-351-8000
                                       Facsimile: (602) 602-648-7000

                                       William F. Lee (*pro hac vice*)
                                       Joseph J. Mueller (*pro hac vice*)
                                       WILMER CUTLER PICKERING HALE AND
                                       DORR LLP
                                       60 State Street
                                       Boston, MA 02109
                                       Telephone: (617) 526-6000
                                       Facsimile:  (617) 526-5000

                                       Nina S. Tallon (*pro hac vice*)
                                       WILMER CUTLER PICKERING HALE AND
                                       DORR LLP
                                       1875 Pennsylvania Ave., NW
                                       Washington, DC  20006
                                       Telephone: (202) 663-6000
                                       Facsimile:  (202) 663-6363

                                       *Attorneys for Defendant Intel Corporation*

| | |
|---|---|
| 1 | |
| 2 | By: /s/ *Frank West*_____ |
| 3 | Kenneth M. Motolenich-Salas |
| | (State Bar No. 027499) |
| 4 | GALLAGHER & KENNEDY, P.A. |
| | 2575 East Camelback Road |
| 5 | Phoenix, Arizona 85016-9225 |
| | Tel: (602) 530-8000 / Fax: (602) 530-8500 |
| 6 | ken.motolenich@gknet.com |
| 7 | Frank West (*admitted pro hac vice*) |
| | fwest@oblon.com |
| 8 | OBLON, MCCLELLAND, MAIER |
| | & NEUSTADT, LLP |
| 9 | 1940 Duke Street |
| | Alexandria, Virginia 22314 |
| 10 | Telephone: (703) 412-7049 |
| | Facsimile: (703) 413-2220 |
| 11 | |
| 12 | *Attorneys for Defendants Ibiden Co., Ltd. and Ibiden U.S.A. Corporation* |

- 3 -

**CERTIFICATE OF SERVICE**

I certify that on this 29th day of November, 2016, I electronically transmitted the foregoing document to all CM/ECF registrants of record in this matter.

*/s/ Chad S. Campbell*