1 | William F. Lee (*admitted pro hac vice*)
  | William.Lee@wilmerhale.com
2 | Joseph J. Mueller (*admitted pro hac vice*)
3 | Joseph.Mueller@wilmerhale.com
  | WILMER CUTLER PICKERING HALE
4 |   AND DORR LLP
  | 60 State Street
5 | Boston, MA 02109
6 | Tel: (617) 526-6000 / Fax: (617) 526-5000

7 | Nina S. Tallon (*admitted pro hac vice*)
  | Nina.Tallon@wilmerhale.com
8 | WILMER CUTLER PICKERING HALE
9 |   AND DORR LLP
  | 1875 Pennsylvania Avenue NW
10 | Washington, DC  20006
  | Tel: (202) 663-6000 / Fax: (202) 663-6363
11 |

12 | *Attorneys for Defendants Ibiden Co., Ltd. and*
  | *Ibiden U.S.A. Corporation*
13 |

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| Continental Circuits, LLC, | Case No. CV-16-02026-PHX-DGC |
|---|---|
| Plaintiff, | **NOTICE OF APPEARANCE OF WILLIAM F. LEE, JOSEPH J. MUELLER, AND NINA S. TALLON ON BEHALF OF IBIDEN U.S.A. CORP. AND IBIDEN CO., LTD.** |
| v. | |
| Intel Corporation; Ibiden U.S.A. Corporation; and Ibiden Co., Ltd., | |
| Defendants. | |

NOTICE IS HEREBY GIVEN that the following attorneys of the firm of Wilmer Cutler Pickering Hale and Dorr LLP enter their appearances in this matter on behalf of Ibiden U.S.A. Corp. and Ibiden Co., Ltd.:

William F. Lee
William.Lee@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, MA 02109

Joseph J. Mueller
Joseph.Mueller@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, MA 02109

Nina S. Tallon
Nina.Tallon@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006

Respectfully submitted this 2nd day of December, 2016,

By: */s/ Joseph J. Mueller*

William F. Lee (*admitted pro hac vice*)
William.Lee@wilmerhale.com
Joseph J. Mueller (*admitted pro hac vice*)
Joseph.Mueller@wilmerhale.com
WILMER CUTLER PICKERING HALE
  AND DORR LLP
60 State Street
Boston, MA 02109
Tel: (617) 526-6000 / Fax: (617) 526-5000

Nina S. Tallon (*admitted pro hac vice*)
Nina.Tallon@wilmerhale.com
WILMER CUTLER PICKERING HALE
  AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Tel: (202) 663-6000 / Fax: (202) 663-6363

***Attorneys for Defendants Ibiden U.S.A. Corp. and Ibiden Co., Ltd.***

**CERTIFICATE OF SERVICE**

I certify that on the 2nd day of December, 2016, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants of record in this matter.

/s/ Nina S. Tallon