Kenneth M. Motolenich-Salas (Bar No. 027499)
GALLAGHER & KENNEDY, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225
Telephone: (602) 530-8000
Facsimile: (602) 530-8500
E-mail: ken.motolenich@gknet.com

Richard D. Kelly *(pro hac vice)*
Frank J. West *(pro hac vice)*
Jacob A. Doughty *(pro hac vice)*
Lisa M. Mandrusiak *(pro hac vice)*
**OBLON, McCLELLAND, MAIER & NEUSTADT, P.C.**
1940 Duke Street
Alexandria, Virginia 22314
Telephone: (703) 413-3000
Facsimile:  (703)  413-2220
Email: rkelly@oblon.com
Email: fwest@oblon.com
Email: jdoughty@oblon.com
Email: lmandrusiak@oblon.com

Attorneys for Defendants Ibiden Co., Ltd. and Ibiden U.S.A. Corporation

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Continental Circuits, LLC, | Case No. 2:16-cv-02026-DGC |
| Plaintiff, | |
| v. | **DEFENDANTS IBIDEN CO. LTD. AND IBIDEN U.S.A. CORPORATION'S NOTICE OF SERVICE OF DISCOVERY** |
| Intel Corp., Ibiden U.S.A. Corp., Ibiden Co., Ltd., | |
| Defendants. | |

Defendants Ibiden U.S.A. Corp. and Ibiden Co., Ltd. ("the Ibiden Parties") provide notice, pursuant to L.R.Civ 5.2, that the Ibiden Parties served their initial disclosures on Dec. 2, 2016 via email to all attorneys of record in this matter.

Respectfully submitted this 2nd of December, 2016

*/s/ Kenneth M. Motolenich-Salas*
Kenneth M. Motolenich-Salas (027499)

OF COUNSEL:

Richard D. Kelly *(pro hac vice)*
Frank J. West *(pro hac vice)*
Jacob A. Doughty *(pro hac vice)*
Lisa M. Mandrusiak *(pro hac vice)*
**OBLON, McCLELLAND, MAIER & NEUSTADT, P.C.**
1940 Duke Street
Alexandria, Virginia 22314
Telephone: (703) 413-3000
Facsimile:  (703)  413-2220
Email: rkelly@oblon.com
Email: fwest@oblon.com
Email: jdoughty@oblon.com
Email: lmandrusiak@oblon.com

*Attorneys for Defendants*
*Ibiden U.S.A. Corp and Ibiden Co. Ltd.*

**CERTIFICATE OF SERVICE**

I certify that on the 2nd day of December, 2016, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants of record in this matter.

*/s/Kenneth M. Motolenich-Salas*

5072317/26851-0001