**AO 435**
**AZ Form (Rev. 1/2015)**

Administrative Office of the United States Courts

# TRANSCRIPT ORDER

**FOR COURT USE ONLY**
**DUE DATE:**

| | |
|---|---|
| 1. NAME: Chad S. Campbell | 2. PHONE NUMBER: 602-351-8000 |
| 3. DATE: 12/2/16 | |
| 4. FIRM NAME: Perkins Coie LLP | |
| 5. MAILING ADDRESS: 2901 N. Central Avenue, Suite 2000 | 6. CITY: Phoenix |
| 7. STATE: AZ | 8. ZIP CODE: 85012 |
| 9. CASE NUMBER: 2:16-cv-02026-DGC | 10. JUDGE: David G. Campbell |
| DATES OF PROCEEDINGS | |
| 11. 12/2/16 @ 3:00 p.m. | 12. |
| 13. CASE NAME: Continental Circuits LLC v. Intel Corp., et al. | |
| LOCATION OF PROCEEDINGS | |
| 14. Phoenix | 15. STATE: Arizona |

**16. ORDER FOR**
☐ APPEAL          ☐ CRIMINAL                  ☐ CRIMINAL JUSTICE ACT     ☐ BANKRUPTCY
☐ NON-APPEAL  ☑ CIVIL                           ☐ IN FORMA PAUPERIS          ☐ OTHER (Specify)

**17. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested.)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☑ OTHER (Specify) Scheduling Conference | 12/2/16 |
| ☐ SENTENCING | | | |
| ☐ BAIL HEARING | | | |

**18. ORDER**

| CATEGORY | ORIGINAL + 1 (original to Court, copy to ordering party) | FIRST COPY | # OF ADDITIONAL COPIES |
|---|---|---|---|
| 30 DAYS | ☐ | ☐ | |
| 14 DAYS | ☐ | ☐ | |
| 7 DAYS | ☑ | ☐ | |
| DAILY | ☐ | ☐ | |
| HOURLY | ☐ | ☐ | |
| REALTIME | ☐ | ☐ | |

**DELIVERY INSTRUCTIONS** (Check all that apply.)
☐ PAPER COPY
☑ PDF (e-mail)
☐ ASCII (e-mail)

**ESTIMATED COSTS**

**CERTIFICATION (19. & 20.)**
By signing below, I certify that I will pay all charges (deposit plus additional).

**19. SIGNATURE** s/ Chad S. Campbell

**20. DATE** December 2, 2016

**E-MAIL ADDRESS** cscampbell@perkinscoie.com

**NOTE: IF ORDERING MORE THAN ONE FORMAT, THERE WILL BE AN ADDITIONAL CHARGE.**

| TRANSCRIPT TO BE PREPARED BY | | | | ESTIMATE TOTAL | |
| --- | --- | --- | --- | --- | --- |
| ORDER RECEIVED | DATE | BY | | PROCESSED BY | PHONE NUMBER |
| DEPOSIT PAID | | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | | TOTAL DUE | |

DISTRIBUTION:     COURT COPY     TRANSCRIPTION COPY     ORDER RECEIPT     ORDER COPY