AIKEN SCHENK HAWKINS & RICCIARDI P.C.
2390 East Camelback Road, Suite 400
Phoenix, Arizona 85016
Telephone: (602) 248-8203
Facsimile: (602) 248-8840
E-Mail:  docket@ashrlaw.com
E-Mail:  jas@ashrlaw.com
Joseph A. Schenk – 009260

Bradley W. Caldwell (*pro hac vice*)
Jason D. Cassady (*pro hac vice*)
J. Austin Curry (*pro hac vice*)
Warren J. McCarty (*pro hac vice*)
Jason S. McManis (*pro hac vice*)
CALDWELL CASSADY CURRY P.C.
2101 Cedar Springs Rd., Suite 1000
Dallas, Texas 75201
Telephone: (214) 888-4848
Facsimile: (214) 888-4849
Email: bcaldwell@caldwellcc.com
Email: jcassady@caldwellcc.com
Email: acurry@caldwellcc.com
Email: wmccarty@caldwellcc.com
Email: jmcmanis@caldwellcc.com

Attorneys for Plaintiff Continental Circuits, LLC

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Continental Circuits LLC,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Intel Corp., Ibiden U.S.A. Corp., Ibiden Co., Ltd.,<br><br>　　　　　Defendants. | CASE NO. 2:16-CV-2026-PHX-DGC<br><br>**CONTINENTAL CIRCUITS LLC'S NOTICE OF SERVICE OF INITIAL DISCLOSURE STATEMENT** |

PLEASE TAKE NOTICE that on December 2, 2016, Plaintiff Continental Circuits LLC served via email its Initial Disclosure Statement upon counsel of record for Defendants.

This notice is filed in lieu of filing the original discovery papers, pursuant to LRCiv 5.2.

Dated this 2nd day of December, 2016.

>    **CALDWELL CASSADY CURRY P.C**
>
>    By____*/s/ Warren J. McCarty, III (pro hac vice)*
>
>    Bradley W. Caldwell (*pro hac vice*)
>    Jason D. Cassady (*pro hac vice*)
>    J. Austin Curry (*pro hac vice*)
>    Warren J. McCarty (*pro hac vice*)
>    Jason S. McManis (*pro hac vice*)
>    2101 Cedar Springs Rd., Suite 1000
>    Dallas, Texas 75201
>
>    **AIKEN SCHENK HAWKINS & RICCIARDI P.C.**
>    Joseph A. Schenk
>    2390 East Camelback Road, Suite 400
>    Phoenix, Arizona 85016
>
>    **ATTORNEYS FOR PLAINTIFF CONTINENTAL CIRCUITS, LLC**

## CERTIFICATE OF SERVICE

The undersigned certifies that all counsel of record who have consented to electronic service are being served with a copy of the foregoing document via the Court's CM/ECF system on this 2nd day of December, 2016.

>    */s/ Warren J. McCarty, III (pro hac vice)*
>    Warren J. McCarty, III