Chad S. Campbell (State Bar No. 012080)
CSCampbell@perkinscoie.com
PERKINS COIE LLP
2901 N. Central Avenue, Suite 2000
Phoenix, AZ 85012
Telephone: (602) 351-8000
Facsimile: (602) 648-7000

William F. Lee (*pro hac vice*)
William.Lee@wilmerhale.com
Joseph J. Mueller (*pro hac vice*)
Joseph.Mueller@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile:  (617) 526-5000

Nina S. Tallon (*pro hac vice*)
Nina.Tallon@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
1875 Pennsylvania Ave., NW
Washington, DC  20006
Telephone: (202) 663-6000
Facsimile:  (202) 663-6363

*Attorneys for Defendant Intel Corporation*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Continental Circuits LLC, | Case No. 2:16-cv-02026-DGC |
| Plaintiff, | |
| v. | **INTEL CORPORATION'S NOTICE OF SERVICE OF INITIAL DISCLOSURES** |
| Intel Corporation; Ibiden U.S.A. Corporation; and Ibiden Co., Ltd., | |
| Defendants. | |

1  PLEASE TAKE NOTICE that on December 2, 2016, Defendant Intel Corporation served
2  via email its Initial Disclosures upon counsel of record for Plaintiff Continental Circuits LLC and
3  Defendants Ibiden U.S.A. Corporation and Ibiden Co., Ltd.
4  This notice is filed in lieu of filing the original discovery papers, pursuant to LRCiv 5.2.
5  DATED: December 5, 2016    Respectfully submitted,

By:   s/ *Chad S. Campbell*

Chad S. Campbell (State Bar No. 012080)
PERKINS COIE LLP
2901 N. Central Avenue
Suite 2000
Phoenix, AZ 85012
Telephone: (602) 602-351-8000
Facsimile: (602) 602-648-7000

William F. Lee (*pro hac vice*)
Joseph J. Mueller (*pro hac vice*)
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile:  (617) 526-5000

Nina S. Tallon (*pro hac vice*)
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Ave., NW
Washington, DC  20006
Telephone: (202) 663-6000
Facsimile:  (202) 663-6363

*Attorneys for Defendant Intel Corporation*

**CERTIFICATE OF SERVICE**

1
2    I certify that on this 5th day of December, 2016, I electronically transmitted the
3    foregoing document to all CM/ECF registrants of record in this matter.
4
5                                                    <u>s/      Kaye Leach  </u>
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28