Chad S. Campbell (State Bar No. 012080)
CSCampbell@perkinscoie.com
PERKINS COIE LLP
2901 N. Central Avenue, Suite 2000
Phoenix, AZ 85012
Telephone: (602) 351-8000
Facsimile: (602) 648-7000

William F. Lee (*pro hac vice*)
William.Lee@wilmerhale.com
Joseph J. Mueller (*pro hac vice*)
Joseph.Mueller@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

Nina S. Tallon (*pro hac vice*)
Nina.Tallon@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
1875 Pennsylvania Ave., NW
Washington, DC  20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

*Attorneys for Defendant Intel Corporation*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Continental Circuits LLC, | |
| Plaintiff, | Case No. 2:16-cv-02026-DGC |
| v. | **INTEL CORPORATION'S NOTICE OF SERVICE OF SUBPOENAS AND NOTICES OF SUBPOENAS** |
| Intel Corporation; Ibiden U.S.A. Corporation; and Ibiden Co., Ltd., | |
| Defendants. | |

1         PLEASE TAKE NOTICE that on December 2, 2016, Defendant Intel Corporation

2    served via e-mail on each relevant third party the following notices of subpoenas upon

3    counsel of record for Plaintiff:

4         1.     Intel Corporation's Notice of Subpoena to Kyocera International, Inc.;

5         2.     Intel Corporation's Notice of Subpoena to MacDermid Enthone Inc.;

6         3.     Intel Corporation's Notice of Subpoena to Motorola Solutions, Inc.;

7         4.     Intel Corporation's Notice of Subpoena to NTK Technologies, Inc.; and

8         5.     Intel Corporation's Notice of Subpoena to Rohm and Haas Company.

9         Further on December 5, 2016, Defendant Intel Corporation served each subpoena

10   attached to the above notices of subpoenas on the third party to whom the subpoena was

11   addressed.

12        This notice is filed in lieu of filing the original discovery papers, pursuant to LRCiv

13   5.2.

14

15

16   DATED: December 6, 2016        Respectfully submitted,

17

18        By:  /s/ *Chad S. Campbell*

19

20        Chad S. Campbell (State Bar No. 012080)
          PERKINS COIE LLP
21        2901 N. Central Avenue
          Suite 2000
22        Phoenix, AZ 85012
          Telephone: (602) 351-8000
23        Facsimile: (602) 648-7000

24

25        William F. Lee (*pro hac vice*)
          Joseph J. Mueller (*pro hac vice*)
26        WILMER CUTLER PICKERING HALE
          AND DORR LLP

27

28

60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

Nina S. Tallon (*pro hac vice*)
WILMER CUTLER PICKERING HALE
AND DORR LLP
1875 Pennsylvania Ave., NW
Washington, DC  20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

*Attorneys for Defendant Intel Corporation*

**CERTIFICATE OF SERVICE**

I certify that on this 6th day of December, 2016, I electronically transmitted the foregoing document to all CM/ECF registrants of record in this matter.

*/s/      Kaye Leach*