AIKEN SCHENK HAWKINS & RICCIARDI P.C.
2390 East Camelback Road, Suite 400
Phoenix, Arizona 85016
Telephone: (602) 248-8203
Facsimile: (602) 248-8840
E-Mail: docket@ashrlaw.com
E-Mail: jas@ashrlaw.com
Joseph A. Schenk – 009260

Bradley W. Caldwell (*pro hac vice*)
Jason D. Cassady (*pro hac vice*)
J. Austin Curry (*pro hac vice*)
Warren J. McCarty (*pro hac vice*)
Jason S. McManis (*pro hac vice*)
CALDWELL CASSADY CURRY P.C.
2101 Cedar Springs Rd., Suite 1000
Dallas, Texas 75201
Telephone: (214) 888-4848
Facsimile: (214) 888-4849
Email: bcaldwell@caldwellcc.com
Email: jcassady@caldwellcc.com
Email: acurry@caldwellcc.com
Email: wmccarty@caldwellcc.com
Email: jmcmanis@caldwellcc.com

Attorneys for Plaintiff Continental Circuits, LLC

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Continental Circuits LLC,<br><br>Plaintiff,<br><br>v.<br><br>Intel Corp., Ibiden U.S.A. Corp., Ibiden Co., Ltd.,<br><br>Defendants. | CASE NO. CV-16-2026-PHX-DGC<br><br>**CONTINENTAL CIRCUITS LLC'S NOTICE OF SERVICE OF DISCOVERY REQUESTS** |

PLEASE TAKE NOTICE that on December 6, 2016, Plaintiff Continental Circuits LLC served via email discovery requests upon counsel of record for Defendants as follows:

- Intel Corporation: Continental Circuits LLC's First Set of Requests for Production Nos. 1-12; and
- Ibiden U.S.A. Corp. and Ibiden Co., Ltd.: Continental Circuits LLC's First Set of Requests for Production Nos. 1-14.

This notice is filed in lieu of filing the original discovery papers, pursuant to LRCiv 5.2.

Dated this 7th day of December, 2016.

**CALDWELL CASSADY CURRY P.C**

By   */s/ Warren J. McCarty, III (pro hac vice)*

Bradley W. Caldwell (*pro hac vice*)
Jason D. Cassady (*pro hac vice*)
J. Austin Curry (*pro hac vice*)
Warren J. McCarty (*pro hac vice*)
Jason S. McManis (*pro hac vice*)
2101 Cedar Springs Rd., Suite 1000
Dallas, Texas 75201

**AIKEN SCHENK HAWKINS & RICCIARDI P.C.**
Joseph A. Schenk
2390 East Camelback Road, Suite 400
Phoenix, Arizona 85016

**ATTORNEYS FOR PLAINTIFF CONTINENTAL CIRCUITS, LLC**

## CERTIFICATE OF SERVICE

The undersigned certifies that all counsel of record who have consented to electronic service are being served with a copy of the foregoing document via the Court's CM/ECF system on this 7th day of December, 2016.

*/s/ Warren J. McCarty, III (pro hac vice)*
Warren J. McCarty, III