# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Continental Circuits, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>Intel Corp., Ibiden U.S.A. Corp., Ibiden Co., Ltd.,<br><br>    Defendants. | Case No. CV16-02026-PHX DGC<br><br>**ORDER ON MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR IBIDEN U.S.A. CORP. AND IBIDEN CO., LTD.** |

Having considered Oblon, McClelland, Maier & Neustadt, P.C.'s Motion to Withdraw as Counsel of Record for Ibiden U.S.A. Corp. and Ibiden Co., Ltd.. Doc. 83.

**IT IS ORDERED** that the motion to withdraw as counsel (Doc. 83) is **granted.** Richard D. Kelly, Frank J. West, Jacob A. Doughty, Akihiro Yamazaki, and Lisa M. Mandrusiak of Oblon, McClelland, Maier & Neustadt, P.C. are removed as counsel of record for Ibiden U.S.A. Corp. and Ibiden Co., Ltd. in this action.

Dated this 22nd day of December, 2016.

_____
David G. Campbell
United States District Judge