1  Kenneth M. Motolenich-Salas
   (State Bar No. 027499)
2  GALLAGHER & KENNEDY, P.A.
3  2575 East Camelback Road
   Phoenix, Arizona 85016-9225
4  Tel: (602) 530-8000 / Fax: (602) 530-8500
5  ken.motolenich@gknet.com

6  William F. Lee (*pro hac vice*)
   William.Lee@wilmerhale.com
7  Joseph J. Mueller (*pro hac vice*)
8  Joseph.Mueller@wilmerhale.com
   WILMER CUTLER PICKERING
9     HALE AND DORR LLP
   60 State Street
10 Boston, MA 02109
11 Telephone: (617) 526-6000
   Facsimile: (617) 526-5000
12
13 Nina S. Tallon (*pro hac vice*)
   Nina.Tallon@wilmerhale.com
14 WILMER CUTLER PICKERING
      HALE AND DORR LLP
15 1875 Pennsylvania Ave., NW
16 Washington, DC 20006
   Telephone: (202) 663-6000
17 Facsimile: (202) 663-6363
18 *Attorneys for Defendants Ibiden Co., Ltd.
   and Ibiden U.S.A. Corporation*

19
20 **IN THE UNITED STATES DISTRICT COURT
   FOR THE DISTRICT OF ARIZONA**

21
   | | |
   |---|---|
   | Continental Circuits LLC, | |
   | Plaintiff, | Case No. 2:16-cv-02026-DGC |
   | v. | **IBIDEN'S NOTICE OF SERVICE OF DISCOVERY RESPONSE** |
   | Intel Corporation; Ibiden U.S.A. Corporation; and Ibiden Co., Ltd., | |
   | Defendants. | |

1      PLEASE TAKE NOTICE that on December 21, 2016, Defendants Ibiden U.S.A.
2 Corporation and Ibiden Co., Ltd., ("Ibiden") served via email the following discovery
3 response upon counsel of record for Plaintiff:
4      1.     Defendant Ibiden's responses to Plaintiff's First Set of Interrogatories to
5 Ibiden (Nos. 1-3).
6
7      This notice is filed in lieu of filing the original discovery papers, pursuant to LRCiv
8 5.2.
9
10
11 DATED: December 22, 2016                Respectfully submitted,
12
13
                                          By:   /s/ *Kenneth M. Motolenich-Salas*
14
                                          Kenneth M. Motolenich-Salas
15                                        (State Bar No. 027499)
16                                        GALLAGHER & KENNEDY, P.A.
                                          2575 East Camelback Road
17                                        Phoenix, Arizona 85016-9225
                                          Tel: (602) 530-8000 / Fax: (602) 530-8500
18                                        ken.motolenich@gknet.com
19
                                          William F. Lee (*pro hac vice*)
20                                        William.Lee@wilmerhale.com
21                                        Joseph J. Mueller (*pro hac vice*)
                                          Joseph.Mueller@wilmerhale.com
22                                        WILMER CUTLER PICKERING
23                                          HALE AND DORR LLP
                                          60 State Street
24                                        Boston, MA 02109
                                          Telephone: (617) 526-6000
25                                        Facsimile:  (617) 526-5000
26
                                          Nina S. Tallon (*pro hac vice*)
27
28
- 2 -

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Nina.Tallon@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1875 Pennsylvania Ave., NW
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile:  (202) 663-6363

*Attorneys for Defendants Ibiden Co., Ltd. and Ibiden U.S.A. Corporation*

**CERTIFICATE OF SERVICE**

I certify that on this 22nd day of December, 2016, I electronically transmitted the foregoing document to all CM/ECF registrants of record in this matter.

By:   /s/ *Kenneth M. Motolenich-Salas*