| | |
|---|---|
| Chad S. Campbell (State Bar No. 012080) | William F. Lee (*pro hac vice*) |
| CSCampbell@perkinscoie.com | William.Lee@wilmerhale.com |
| PERKINS COIE LLP | Joseph J. Mueller (*pro hac vice*) |
| 2901 N. Central Avenue, Suite 2000 | Joseph.Mueller@wilmerhale.com |
| Phoenix, AZ 85012 | WILMER CUTLER PICKERING |
| Telephone: (602) 351-8000 |   HALE AND DORR LLP |
| Facsimile: (602) 648-7000 | 60 State Street |
| | Boston, MA 02109 |
| *Attorney for Defendant Intel Corporation* | Telephone: (617) 526-6000 |
| | Facsimile: (617) 526-5000 |
| Kenneth M. Motolenich-Salas | |
| (State Bar No. 027499) | Nina S. Tallon (*pro hac vice*) |
| GALLAGHER & KENNEDY, P.A. | Nina.Tallon@wilmerhale.com |
| 2575 East Camelback Road | WILMER CUTLER PICKERING |
| Phoenix, Arizona 85016-9225 |   HALE AND DORR LLP |
| Tel: (602) 530-8000 / Fax: (602) 530-8500 | 1875 Pennsylvania Ave., NW |
| ken.motolenich@gknet.com | Washington, DC  20006 |
| | Telephone: (202) 663-6000 |
| | Facsimile: (202) 663-6363 |
| *Attorney for Defendants Ibiden Co., Ltd. and Ibiden U.S.A. Corporation* | |
| | *Attorneys for Defendants Intel Corporation, Ibiden Co., Ltd., and Ibiden U.S.A. Corporation* |

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Continental Circuits LLC, | |
|           Plaintiff, | Case No. 2:16-cv-02026-DGC |
|    v. | **DEFENDANTS' NOTICE OF SERVICE OF DISCOVERY RESPONSE** |
| Intel Corporation; Ibiden U.S.A. Corporation; and Ibiden Co., Ltd., | |
|           Defendants. | |

PLEASE TAKE NOTICE that on December 21, 2016, Defendants Intel Corporation ("Intel"), Ibiden U.S.A. Corporation, and Ibiden Co., Ltd. ("Ibiden"), served via email the following discovery response upon counsel of record for Plaintiff:

1. Defendants' Responses to Plaintiff's First Set of Common Interrogatories to Intel and Ibiden (Nos. 1-10).

This notice is filed in lieu of filing the original discovery papers, pursuant to LRCiv 5.2.

DATED: December 22, 2016                    Respectfully submitted,


By: /s/ *Chad S. Campbell*

Chad S. Campbell (State Bar No. 012080)
PERKINS COIE LLP
2901 N. Central Avenue
Suite 2000
Phoenix, AZ 85012
Telephone: (602) 351-8000
Facsimile: (602) 648-7000

*Attorney for Defendant Intel Corporation*

Kenneth M. Motolenich-Salas
(State Bar No. 027499)
GALLAGHER & KENNEDY, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225
Tel: (602) 530-8000 / Fax: (602) 530-8500
ken.motolenich@gknet.com

*Attorney for Defendants Ibiden Co., Ltd. and Ibiden U.S.A. Corporation*

William F. Lee (*pro hac vice*)
William.Lee@wilmerhale.com
Joseph J. Mueller (*pro hac vice*)
Joseph.Mueller@wilmerhale.com

WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

Nina S. Tallon (*pro hac vice*)
Nina.Tallon@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Ave., NW
Washington, DC  20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

*Attorneys for Defendants Intel Corporation, Ibiden Co., Ltd. and Ibiden U.S.A. Corporation*

**CERTIFICATE OF SERVICE**

I certify that on this 22nd day of December, 2016, I electronically transmitted the foregoing document to all CM/ECF registrants of record in this matter.

By:   /s/ *Chad S. Campbell*