Chad S. Campbell (State Bar No. 012080)
CSCampbell@perkinscoie.com
PERKINS COIE LLP
2901 N. Central Avenue, Suite 2000
Phoenix, AZ 85012
Telephone: (602) 351-8000
Facsimile: (602) 648-7000

William F. Lee (*pro hac vice*)
William.Lee@wilmerhale.com
Joseph J. Mueller (*pro hac vice*)
Joseph.Mueller@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

Nina S. Tallon (*pro hac vice*)
Nina.Tallon@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1875 Pennsylvania Ave., NW
Washington, DC  20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

*Attorneys for Defendant Intel Corporation*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Continental Circuits LLC, <br><br> Plaintiff, <br><br> v. <br><br> Intel Corporation; Ibiden U.S.A. Corporation; and Ibiden Co., Ltd., <br><br> Defendants. | Case No. 2:16-cv-02026-DGC <br><br> **INTEL CORPORATION'S NOTICE OF SERVICE OF SUBPOENAS AND NOTICES OF SUBPOENAS** |

1   PLEASE TAKE NOTICE that on December 27, 2016, Defendant Intel Corporation
2 served via e-mail on each relevant party the following notice of subpoena:  Intel
3 Corporation's Notice of Subpoena to Texas Instruments Incorporated.  On the same date,
4 Defendant Intel Corporation served the subpoena attached to the above notice of subpoena
5 on Texas Instruments Incorporated.
6   Further, on December 28, 2016, Defendant Intel Corporation served via e-mail on
7 each relevant party the following notices of subpoenas:
8   1.   Intel Corporation's Notice of Subpoena to Huntsman International LLC; and
9   2.   Intel Corporation's Notice of Subpoena to UNICOM Global, Inc.
10 On December 29, 2016, Defendant Intel Corporation served each subpoena attached to the
11 above notices of subpoenas on the third party to whom the subpoena was addressed.
12   This notice is filed in lieu of filing the original discovery papers, pursuant to LRCiv
13 5.2.
14
15 DATED: December 30, 2016                    Respectfully submitted,
16
17
                                              By:  /s/ *Chad S. Campbell*
18
                                              Chad S. Campbell (State Bar No. 012080)
19                                            PERKINS COIE LLP
                                              2901 N. Central Avenue
20                                            Suite 2000
                                              Phoenix, AZ 85012
21                                            Telephone: (602) 351-8000
                                              Facsimile: (602) 648-7000
22
23
                                              William F. Lee (*pro hac vice*)
24                                            Joseph J. Mueller (*pro hac vice*)
25                                            WILMER CUTLER PICKERING HALE
                                              AND DORR LLP
26                                            60 State Street
                                              Boston, MA 02109
27
28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Telephone: (617) 526-6000
Facsimile: (617) 526-5000

Nina S. Tallon (*pro hac vice*)
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Ave., NW
Washington, DC  20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

*Attorneys for Defendant Intel Corporation*

**CERTIFICATE OF SERVICE**

I certify that on this 30th day of December, 2016, I electronically transmitted the foregoing document to all CM/ECF registrants of record in this matter.

/s/     Kaye Leach