Chad S. Campbell (State Bar No. 012080)
CSCampbell@perkinscoie.com
PERKINS COIE LLP
2901 N. Central Avenue, Suite 2000
Phoenix, AZ 85012
Telephone: (602) 351-8000
Facsimile: (602) 648-7000

William F. Lee (*pro hac vice*)
William.Lee@wilmerhale.com
Joseph J. Mueller (*pro hac vice*)
Joseph.Mueller@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

Nina S. Tallon (*pro hac vice*)
Nina.Tallon@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1875 Pennsylvania Ave., NW
Washington, DC  20006
Telephone: (202) 663-6000
Facsimile:  (202) 663-6363

*Attorneys for Defendants Intel Corporation, Ibiden Co., Ltd. and Ibiden U.S.A. Corporation*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Continental Circuits LLC, | Case No. 2:16-cv-02026-DGC |
| Plaintiff, | |
| v. | **DEFENDANTS' NOTICE OF SERVICE OF DISCOVERY REQUEST** |
| Intel Corporation; Ibiden U.S.A. Corporation; and  Ibiden Co., Ltd., | |
| Defendants. | |

1  PLEASE TAKE NOTICE that on February 3, 2017, Defendants Intel Corporation, Ibiden U.S.A. Corporation and Ibiden Co., Ltd., served via email the following discovery request upon counsel of record for Plaintiff:

1. Defendants' Second Set of Requests for Production (Nos. 20-24).

This notice is filed in lieu of filing the original discovery papers, pursuant to LRCiv 5.2.

DATED: February 3, 2017

Respectfully submitted,

By: /s/ *Chad S. Campbell*

Chad S. Campbell (State Bar No. 012080)
PERKINS COIE LLP
2901 N. Central Avenue
Suite 2000
Phoenix, AZ 85012
Telephone: (602) 602-351-8000
Facsimile: (602) 602-648-7000

William F. Lee (*pro hac vice*)
Joseph J. Mueller (*pro hac vice*)
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

Nina S. Tallon (*pro hac vice*)
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Ave., NW
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

*Attorneys for Defendants Intel Corporation, Ibiden Co., Ltd. and Ibiden U.S.A. Corporation*

**CERTIFICATE OF SERVICE**

I certify that on this 3rd day of February, 2017, I electronically transmitted the foregoing document to all CM/ECF registrants of record in this matter.

                                              */s/ Janet Roe*

134365782.1