William F. Lee (*admitted pro hac vice*)
William.Lee@wilmerhale.com
Joseph J. Mueller (*admitted pro hac vice*)
Joseph.Mueller@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel: (617) 526-6000
Fax: (617) 526-5000

Nina S. Tallon (*admitted pro hac vice*)
Nina.Tallon@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
Tel: (202) 663-6000
Fax: (202) 663-6363

*Attorneys for Defendants Intel Corporation, Ibiden Co., Ltd., and Ibiden USA Corporation*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Continental Circuits LLC, | Case No. CV-16-2026-PHX-DGC |
| Plaintiff, | |
| vs. | |
| Intel Corporation; Ibiden U.S.A. Corporation; and Ibiden Co., Ltd., | |
| Defendants. | |

1    PLEASE TAKE NOTICE that on February 13, 2017, Defendants Intel
2 Corporation; Ibiden U.S.A. Corporation; and Ibiden Co., Ltd. ("Defendants") served via
3 e-mail on each relevant party the following notices of subpoena:
4    1.   Defendants' Notice of Subpoena to Hitachi Chemical Company America,
5         Ltd.;
6    2.   Defendants' Notice of Subpoena to International Business Machines
7         Corporation;
8    3.   Defendants' Notice of Subpoena to Micro Systems Technologies, Inc.;
9    4.   Defendants' Notice of Subpoena to Motorola Mobility LLC; and
10   5.   Defendants' Notice of Subpoena to PCK Technology, Inc.
11 On February 14, 2017, Defendants served each subpoena attached to the above notices of
12 subpoena on the third party to whom the subpoena was addressed.

DATED: February 15, 2017              Respectfully submitted,


                                      By: /s/ *Jason Choy*

                                      William F. Lee (*admitted pro hac vice*)
                                      William.Lee@wilmerhale.com
                                      Joseph J. Mueller (*admitted pro hac vice*)
                                      Joseph.Mueller@wilmerhale.com
                                      WILMER CUTLER PICKERING HALE
                                          AND DORR LLP
                                      60 State Street
                                      Boston, MA 02109
                                      Tel: (617) 526-6000 / Fax: (617) 526-5000

                                      Nina S. Tallon (*admitted pro hac vice*)
                                      Nina.Tallon@wilmerhale.com
                                      WILMER CUTLER PICKERING HALE
                                          AND DORR LLP
                                      1875 Pennsylvania Avenue NW
                                      Washington, DC 20006
                                      Tel: (202) 663-6000 / Fax: (202) 663-6363

*Attorneys for Defendants Intel Corporation, Ibiden Co., Ltd., and Ibiden USA Corporation*

# **CERTIFICATE OF SERVICE**

I certify that on this 15th day of February, 2017, I electronically transmitted the foregoing document to all CM/ECF registrants of record in this matter.

/s/  *Jason Choy*