1  AIKEN SCHENK HAWKINS & RICCIARDI P.C.
2390 East Camelback Road, Suite 400
2  Phoenix, Arizona 85016
Telephone: (602) 248-8203
3  Facsimile: (602) 248-8840
E-Mail:  docket@ashrlaw.com
4  E-Mail:  jas@ashrlaw.com
Joseph A. Schenk – 009260
5
Bradley W. Caldwell (*pro hac vice*)
6  Jason D. Cassady (*pro hac vice*)
J. Austin Curry (*pro hac vice*)
7  Warren J. McCarty (*pro hac vice*)
Jason S. McManis (*pro hac vice*)
8  CALDWELL CASSADY CURRY P.C.
2101 Cedar Springs Rd., Suite 1000
9  Dallas, Texas 75201
Telephone: (214) 888-4848
10  Facsimile: (214) 888-4849
Email: bcaldwell@caldwellcc.com
11  Email: jcassady@caldwellcc.com
Email: acurry@caldwellcc.com
12  Email: wmccarty@caldwellcc.com
Email: jmcmanis@caldwellcc.com
13
Attorneys for Plaintiff Continental Circuits, LLC
14

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Continental Circuits LLC, | CASE NO. CV-16-2026-PHX-DGC |
| Plaintiff, | |
| v. | **CONTINENTAL CIRCUITS LLC'S NOTICE OF SERVICE OF FIRST AMENDED INITIAL DISCLOSURE STATEMENT** |
| Intel Corp., Ibiden U.S.A. Corp., Ibiden Co., Ltd., | |
| Defendants. | |

PLEASE TAKE NOTICE that on March 1, 2017, Plaintiff Continental Circuits LLC served via email its First Amended Initial Disclosure Statement upon counsel of record for Defendants.

This notice is filed in lieu of filing the original discovery papers, pursuant to LRCiv 5.2.

Dated this 2nd day of March, 2017.

**CALDWELL CASSADY CURRY P.C**

By    */s/ Warren J. McCarty, III (pro hac vice)*

Bradley W. Caldwell (*pro hac vice*)
Jason D. Cassady (*pro hac vice*)
J. Austin Curry (*pro hac vice*)
Warren J. McCarty (*pro hac vice*)
Jason S. McManis (*pro hac vice*)
2101 Cedar Springs Rd., Suite 1000
Dallas, Texas 75201

**AIKEN SCHENK HAWKINS & RICCIARDI P.C.**
Joseph A. Schenk
2390 East Camelback Road, Suite 400
Phoenix, Arizona 85016

**ATTORNEYS FOR PLAINTIFF CONTINENTAL CIRCUITS, LLC**

## CERTIFICATE OF SERVICE

The undersigned certifies that all counsel of record who have consented to electronic service are being served with a copy of the foregoing document via the Court's CM/ECF system on this 2nd day of March, 2017.

*/s/ Warren J. McCarty, III (pro hac vice)*
Warren J. McCarty, III