William F. Lee (*admitted pro hac vice*)
William.Lee@wilmerhale.com
Joseph J. Mueller (*admitted pro hac vice*)
Joseph.Mueller@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel: (617) 526-6000
Fax: (617) 526-5000

Nina S. Tallon (*admitted pro hac vice*)
Nina.Tallon@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
Tel: (202) 663-6000
Fax: (202) 663-6363

*Attorneys for Defendants Intel Corporation, Ibiden Co., Ltd., and Ibiden USA Corporation*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Continental Circuits LLC, <br><br>  Plaintiff, <br><br>  vs. <br><br> Intel Corporation; Ibiden U.S.A. Corporation; and Ibiden Co., Ltd., <br><br>  Defendants. | Case No. CV-16-2026-PHX-DGC |

1  PLEASE TAKE NOTICE that on March 2, 2017, Defendants Intel Corporation; Ibiden U.S.A. Corporation; and Ibiden Co., Ltd. ("Defendants") served via e-mail on each relevant party the following notices of subpoena:

   1. Defendants' Notice of Subpoena to Avago Technologies U.S. Inc.;
   2. Defendants' Notice of Subpoena to Honeywell Electronic Materials, Inc.;
   3. Defendants' Notice of Subpoena to Meiko Electronics America, Inc.; and
   4. Defendants' Notice of Subpoena to TTM Technologies, Inc.

On March 3, 2017, Defendants served each subpoena attached to the above notices of subpoena on the third party to whom the subpoena was addressed.

DATED: March 6, 2017                              Respectfully submitted,


                                                  By: /s/ *Jason Choy*

                                                  William F. Lee (*admitted pro hac vice*)
                                                  William.Lee@wilmerhale.com
                                                  Joseph J. Mueller (*admitted pro hac vice*)
                                                  Joseph.Mueller@wilmerhale.com
                                                  WILMER CUTLER PICKERING HALE
                                                      AND DORR LLP
                                                  60 State Street
                                                  Boston, MA 02109
                                                  Tel: (617) 526-6000 / Fax: (617) 526-5000

                                                  Nina S. Tallon (*admitted pro hac vice*)
                                                  Nina.Tallon@wilmerhale.com
                                                  WILMER CUTLER PICKERING HALE
                                                      AND DORR LLP
                                                  1875 Pennsylvania Avenue NW
                                                  Washington, DC 20006
                                                  Tel: (202) 663-6000 / Fax: (202) 663-6363

                                                  *Attorneys for Defendants Intel Corporation, Ibiden Co., Ltd., and Ibiden USA Corporation*

**CERTIFICATE OF SERVICE**

I certify that on this 6th day of March, 2017, I electronically transmitted the foregoing document to all CM/ECF registrants of record in this matter.

/s/ *Jason Choy*