AIKEN SCHENK HAWKINS & RICCIARDI P.C.
2390 East Camelback Road, Suite 400
Phoenix, Arizona 85016
Telephone: (602) 248-8203
Facsimile: (602) 248-8840
E-Mail:  docket@ashrlaw.com
E-Mail:  jas@ashrlaw.com
Joseph A. Schenk – 009260

Bradley W. Caldwell (*pro hac vice*)
Jason D. Cassady (*pro hac vice*)
J. Austin Curry (*pro hac vice*)
Warren J. McCarty (*pro hac vice*)
Jason S. McManis (*pro hac vice*)
CALDWELL CASSADY CURRY P.C.
2101 Cedar Springs Rd., Suite 1000
Dallas, Texas 75201
Telephone: (214) 888-4848
Facsimile: (214) 888-4849
Email: bcaldwell@caldwellcc.com
Email: jcassady@caldwellcc.com
Email: acurry@caldwellcc.com
Email: wmccarty@caldwellcc.com
Email: jmcmanis@caldwellcc.com

Attorneys for Plaintiff Continental Circuits, LLC

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Continental Circuits LLC,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Intel Corp., Ibiden U.S.A. Corp., Ibiden Co., Ltd.,<br><br>　　　　　Defendants. | CASE NO. CV-16-2026-PHX-DGC<br><br>**CONTINENTAL CIRCUITS LLC'S NOTICE OF SERVICE OF DISCOVERY RESPONSES** |

PLEASE TAKE NOTICE that on March 6, 2017, Plaintiff Continental Circuits LLC served via email discovery responses upon counsel of record for Defendants as follows:

- Intel Corporation, Ibiden U.S.A. Corp. and Ibiden Co, Ltd.: Continental Circuits LLC's Response to Defendants' Second Set of Requests for Production of Documents and Things (Nos. 20-24).

This notice is filed in lieu of filing the original discovery papers, pursuant to LRCiv 5.2.

Dated this 6th day of March, 2017.

       **CALDWELL CASSADY CURRY P.C**

       By     */s/ Warren J. McCarty, III (pro hac vice)*

       Bradley W. Caldwell (*pro hac vice*)
       Jason D. Cassady (*pro hac vice*)
       J. Austin Curry (*pro hac vice*)
       Warren J. McCarty (*pro hac vice*)
       Jason S. McManis (*pro hac vice*)
       2101 Cedar Springs Rd., Suite 1000
       Dallas, Texas 75201

       **AIKEN SCHENK HAWKINS & RICCIARDI P.C.**
       Joseph A. Schenk
       2390 East Camelback Road, Suite 400
       Phoenix, Arizona 85016

       **ATTORNEYS FOR PLAINTIFF**
       **CONTINENTAL CIRCUITS, LLC**

## CERTIFICATE OF SERVICE

The undersigned certifies that all counsel of record who have consented to electronic service are being served with a copy of the foregoing document via the Court's CM/ECF system on this 6th day of March, 2017.

       */s/ Warren J. McCarty, III (pro hac vice)*
       Warren J. McCarty, III