IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Continental Circuits LLC,<br><br>            Plaintiff,<br><br>v.<br><br>Intel Corporation, et al.,<br><br>            Defendants. | No. CV16-2026 PHX DGC<br><br>**ORDER** |

Pending before the Court is the parties' joint motion to seal.  Doc. 123.

**IT IS ORDERED:**

1. The motion to seal (Doc. 123) is **granted.**  The Clerk is directed to accept for filing under seal the document lodged as Doc. 124 on the Court's docket.

2. On or before **March 24, 2017**, Plaintiff shall file a redacted version of the Second Amended Complaint for Patent Infringement on the public docket in this case.

Dated this 17th day of March, 2017.

_____
David G. Campbell
United States District Judge