AO 435
AZ Form (Rev. 1/2015)

**ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS**
**FOR COURT USE ONLY**
DUE DATE:

### TRANSCRIPT ORDER

| 1. NAME Chad S. Campbell | 2. PHONE NUMBER 602-351-8000 | 3. DATE 3/24/2017 |
|---|---|---|

| 4. FIRM NAME Perkins Coie LLP |
|---|

| 5. MAILING ADDRESS 2901 North Central Avenue | 6. CITY Phoenix | 7. STATE AZ | 8. ZIP CODE 85012 |
|---|---|---|---|

| 9. CASE NUMBER 2:16-cv-02026-DGC | 10. JUDGE David G. Campbell | DATES OF PROCEEDINGS 11. 3/24/2017 @ 10:00 a.m. / 12. |
|---|---|---|

| 13. CASE NAME Continental Circuits, LLC v. Intel Corp., et al. | LOCATION OF PROCEEDINGS 14. Phoenix / 15. STATE AZ |
|---|---|

**16. ORDER FOR**

| ☐ APPEAL | ☐ CRIMINAL | ☐ CRIMINAL JUSTICE ACT | ☐ BANKRUPTCY |
|---|---|---|---|
| ☐ NON-APPEAL | ☑ CIVIL | ☐ IN FORMA PAUPERIS | ☐ OTHER (Specify) |

**17. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested.)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☑ OTHER (Specify) | |
| ☐ SENTENCING | | Telephone conference | 3/24/2017 |
| ☐ BAIL HEARING | | | |

**18. ORDER**

| CATEGORY | ORIGINAL + 1 (original to Court, copy to ordering party) | FIRST COPY | # OF ADDITIONAL COPIES | DELIVERY INSTRUCTIONS (Check all that apply.) | ESTIMATED COSTS |
|---|---|---|---|---|---|
| 30 DAYS | ☐ | ☐ | | ☐ PAPER COPY | |
| 14 DAYS | ☐ | ☐ | | | |
| 7 DAYS | ☐ | ☑ | | ☑ PDF (e-mail) | |
| DAILY | ☐ | ☐ | | ☐ ASCII (e-mail) | |
| HOURLY | ☐ | ☐ | | | |
| REALTIME | ☐ | ☐ | | | |

**CERTIFICATION (19. & 20.)**
By signing below, I certify that I will pay all charges (deposit plus additional).

E-MAIL ADDRESS
cscampbell@perkinscoie.com

19. SIGNATURE   s/Chad S. Campbell

**NOTE: IF ORDERING MORE THAN ONE FORMAT, THERE WILL BE AN ADDITIONAL CHARGE.**

20. DATE   3/24/2017

| TRANSCRIPT TO BE PREPARED BY | | | ESTIMATE TOTAL | |
|---|---|---|---|---|
| ORDER RECEIVED | DATE | BY | PROCESSED BY | PHONE NUMBER |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |

**DISTRIBUTION:**   COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY