Chad S. Campbell (State Bar No. 012080)
CSCampbell@perkinscoie.com
PERKINS COIE LLP
2901 N. Central Avenue, Suite 2000
Phoenix, AZ 85012
Telephone: (602) 351-8000
Facsimile: (602) 648-7000

William F. Lee (*pro hac vice*)
William.Lee@wilmerhale.com
Joseph J. Mueller (*pro hac vice*)
Joseph.Mueller@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

Nina S. Tallon (*pro hac vice*)
Nina.Tallon@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1875 Pennsylvania Ave., NW
Washington, DC  20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

*Attorneys for Defendants Ibiden U.S.A.*
*Corporation; and Ibiden Co., Ltd.*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Continental Circuits LLC, | |
| Plaintiff, | Case No. 2:16-cv-02026-DGC |
| v. | **IBIDEN'S NOTICE OF SERVICE OF DISCOVERY REQUESTS** |
| Intel Corporation; Ibiden U.S.A. Corporation; and Ibiden Co., Ltd., | |
| Defendants. | |

1    PLEASE TAKE NOTICE that on March 23, 2017, March 27, 2017, and March 29,
2 2017, respectively, Defendants Ibiden U.S.A. Corporation and Ibiden Co., Ltd.
3 (collectively, "Ibiden") served via email the following discovery requests upon counsel of
4 record for Plaintiff:
5    1.    Ibiden's First Set of Requests for Production of Email (Nos. 1-4).
6    2.    Ibiden's First Set of Specific Interrogatories to Plaintiff (Nos. 1-2).
7    3.    Ibiden's Amended First Set of Requests for Production of Email (Nos. 1-4).

   This notice is filed in lieu of filing the original discovery papers, pursuant to LRCiv
5.2.


DATED: March 31, 2017                      Respectfully submitted,


                                           By:  /s/ *Chad S. Campbell*

                                           Chad S. Campbell (State Bar No. 012080)
                                           PERKINS COIE LLP
                                           2901 N. Central Avenue
                                           Suite 2000
                                           Phoenix, AZ 85012
                                           Telephone: (602) 351-8000
                                           Facsimile: (602) 648-7000

                                           William F. Lee (*pro hac vice*)
                                           Joseph J. Mueller (*pro hac vice*)
                                           WILMER CUTLER PICKERING HALE
                                           AND DORR LLP
                                           60 State Street
                                           Boston, MA 02109
                                           Telephone: (617) 526-6000
                                           Facsimile: (617) 526-5000

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Nina S. Tallon (*pro hac vice*)
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Ave., NW
Washington, DC  20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

*Attorneys for Defendants Ibiden U.S.A. Corporation; and Ibiden Co., Ltd.*

**CERTIFICATE OF SERVICE**

I certify that on this 31st day of March, 2017, I electronically transmitted the foregoing document to all CM/ECF registrants of record in this matter.

                                                   *s/ Daniel R. Graziano*