Chad S. Campbell (State Bar No. 012080)
CSCampbell@perkinscoie.com
PERKINS COIE LLP
2901 N. Central Avenue, Suite 2000
Phoenix, AZ 85012
Telephone: (602) 351-8000
Facsimile: (602) 648-7000

William F. Lee (*pro hac vice*)
William.Lee@wilmerhale.com
Joseph J. Mueller (*pro hac vice*)
Joseph.Mueller@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

Nina S. Tallon (*pro hac vice*)
Nina.Tallon@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1875 Pennsylvania Ave., NW
Washington, DC  20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

*Attorneys for Defendant Intel Corporation*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Continental Circuits LLC,<br><br>              Plaintiff,<br><br>   v.<br><br>Intel Corporation; Ibiden U.S.A. Corporation; and Ibiden Co., Ltd.,<br><br>              Defendants. | Case No. 2:16-cv-02026-DGC<br><br>**INTEL CORPORATION'S NOTICE OF SERVICE OF DISCOVERY REQUESTS** |

1    PLEASE TAKE NOTICE that on March 23, 2017 and March 29, 2017,
2 respectively, Defendant Intel Corporation served via email the following discovery
3 requests upon counsel of record for Plaintiff:
4    1.   Intel Corporation's First Set of Requests for Production of Email (Nos. 1-4).
5    2.   Intel Corporation's Amended First Set of Requests for Production of Email
6 (Nos. 1-4).

8    This notice is filed in lieu of filing the original discovery papers, pursuant to LRCiv
9 5.2.

12 DATED: March 31, 2017                Respectfully submitted,

14                                       By:  /s/ *Chad S. Campbell*

15                                       Chad S. Campbell (State Bar No. 012080)
                                         PERKINS COIE LLP
16                                       2901 N. Central Avenue
17                                       Suite 2000
                                         Phoenix, AZ 85012
18                                       Telephone: (602) 351-8000
19                                       Facsimile: (602) 648-7000

20                                       William F. Lee (*pro hac vice*)
                                         Joseph J. Mueller (*pro hac vice*)
21                                       WILMER CUTLER PICKERING HALE
22                                       AND DORR LLP
                                         60 State Street
23                                       Boston, MA 02109
24                                       Telephone: (617) 526-6000
                                         Facsimile: (617) 526-5000

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Nina S. Tallon (*pro hac vice*)
WILMER CUTLER PICKERING HALE
AND DORR LLP
1875 Pennsylvania Ave., NW
Washington, DC  20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

*Attorneys for Defendant Intel Corporation*

1
**CERTIFICATE OF SERVICE**

2   I certify that on this 31st day of March, 2017, I electronically transmitted the
3   foregoing document to all CM/ECF registrants of record in this matter.

4

5
                                        *s/ Daniel R. Graziano*
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28