IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Continental Circuits, LLC, | **NO. CV16-2026-PHX DGC** |
| Plaintiff, | **ORDER** |
| v. | |
| Intel Corp.; Ibiden U.S.A.; Ibiden Co., Ltd., | |
| Defendants. | |

The Court has considered the parties' Joint Motion to Seal.  Doc. 143.

**IT IS ORDERED** that this joint motion to seal (Doc. 143) is **granted.**  The Clerk is directed to accept for filing under seal the document lodged on the Court's docket as Doc. 144.

Dated this 12th day of April, 2017.

David G. Campbell
United States District Judge