Chad S. Campbell (State Bar No. 012080)
CSCampbell@perkinscoie.com
PERKINS COIE LLP
2901 N. Central Avenue, Suite 2000
Phoenix, AZ 85012
Telephone: (602) 351-8000
Facsimile: (602) 648-7000

William F. Lee (*pro hac vice*)
William.Lee@wilmerhale.com
Joseph J. Mueller (*pro hac vice*)
Joseph.Mueller@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

Nina S. Tallon (*pro hac vice*)
Nina.Tallon@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
1875 Pennsylvania Ave., NW
Washington, DC  20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

*Attorneys for Defendants Ibiden U.S.A.
Corporation; and Ibiden Co., Ltd.*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Continental Circuits LLC,<br><br>               Plaintiff,<br><br>    v.<br><br>Intel Corporation; Ibiden U.S.A. Corporation; and Ibiden Co., Ltd.,<br><br>               Defendants. | Case No. 2:16-cv-02026-DGC<br><br>**IBIDEN'S NOTICE OF SERVICE OF AMENDED INITIAL DISCLOSURES** |

1  PLEASE TAKE NOTICE that on April 13, 2017, Defendants Ibiden U.S.A.
Corporation and Ibiden Co., Ltd. (collectively, "Ibiden") served via email, its First
Amended Initial Disclosures upon counsel of record for Plaintiff Continental Circuits
LLC.

This notice is filed in lieu of filing the original discovery papers, pursuant to LRCiv 5.2.

DATED: April 14, 2017                             Respectfully submitted,


By:  /s/ *Chad S. Campbell*

Chad S. Campbell (State Bar No. 012080)
PERKINS COIE LLP
2901 N. Central Avenue
Suite 2000
Phoenix, AZ 85012
Telephone: (602) 351-8000
Facsimile: (602) 648-7000

William F. Lee (*pro hac vice*)
Joseph J. Mueller (*pro hac vice*)
WILMER CUTLER PICKERING HALE
AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

Nina S. Tallon (*pro hac vice*)
WILMER CUTLER PICKERING HALE
AND DORR LLP
1875 Pennsylvania Ave., NW
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

*Attorneys for Defendants Ibiden U.S.A.*
*Corporation; and Ibiden Co., Ltd.*

**CERTIFICATE OF SERVICE**

I certify that on this 14th day of April 2017, I electronically transmitted the foregoing document to all CM/ECF registrants of record in this matter.

/s/     Kaye Leach