1  Chad S. Campbell (State Bar No. 012080)
   CSCampbell@perkinscoie.com
2  PERKINS COIE LLP
3  2901 N. Central Avenue, Suite 2000
   Phoenix, AZ 85012
4  Telephone: (602) 351-8000
5  Facsimile: (602) 648-7000

6  William F. Lee (*pro hac vice*)
   William.Lee@wilmerhale.com
7  Joseph J. Mueller (*pro hac vice*)
8  Joseph.Mueller@wilmerhale.com
   WILMER CUTLER PICKERING
9    HALE AND DORR LLP
10 60 State Street
   Boston, MA 02109
11 Telephone: (617) 526-6000
   Facsimile: (617) 526-5000
12
13 Nina S. Tallon (*pro hac vice*)
   Nina.Tallon@wilmerhale.com
14 WILMER CUTLER PICKERING
     HALE AND DORR LLP
15 1875 Pennsylvania Ave., NW
16 Washington, DC  20006
   Telephone: (202) 663-6000
17 Facsimile: (202) 663-6363
18 *Attorneys for Defendants Intel Corp.,
   Ibiden U.S.A. Corp.; and Ibiden Co., Ltd.*

19
20 **IN THE UNITED STATES DISTRICT COURT
   FOR THE DISTRICT OF ARIZONA**

21

| | |
|---|---|
| Continental Circuits LLC, | |
| Plaintiff, | Case No. 2:16-cv-02026-DGC |
| v. | **DEFENDANTS' NOTICE OF SERVICE OF DISCOVERY RESPONSES** |
| Intel Corporation; Ibiden U.S.A. Corporation; and Ibiden Co., Ltd., | |
| Defendants. | |

PLEASE TAKE NOTICE that on April 14, 2017, Defendants Intel Corporation, Ibiden U.S.A. Corporation and Ibiden Co., Ltd. served via email, its response to Plaintiff's Second Set of Common Interrogatories (No. 11) upon counsel of record for Plaintiff Continental Circuits LLC.

This notice is filed in lieu of filing the original discovery papers, pursuant to LRCiv 5.2.

DATED: April 17, 2017                    Respectfully submitted,

By: /s/ *Chad S. Campbell*

Chad S. Campbell (State Bar No. 012080)
PERKINS COIE LLP
2901 N. Central Avenue
Suite 2000
Phoenix, AZ 85012
Telephone: (602) 351-8000
Facsimile: (602) 648-7000

William F. Lee (*pro hac vice*)
Joseph J. Mueller (*pro hac vice*)
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

Nina S. Tallon (*pro hac vice*)
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Ave., NW
Washington, DC  20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

*Attorneys for Defendants Intel Corporation, Ibiden U.S.A. Corporation; and Ibiden Co., Ltd.*

**CERTIFICATE OF SERVICE**

I certify that on this 17th day of April 2017, I electronically transmitted the foregoing document to all CM/ECF registrants of record in this matter.

                                                  */s/     Chad S. Campbell*