Chad S. Campbell (State Bar No. 012080)
CSCampbell@perkinscoie.com
PERKINS COIE LLP
2901 N. Central Avenue, Suite 2000
Phoenix, AZ 85012
Telephone: (602) 351-8000
Facsimile: (602) 648-7000

William F. Lee (*pro hac vice*)
William.Lee@wilmerhale.com
Joseph J. Mueller (*pro hac vice*)
Joseph.Mueller@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

Nina S. Tallon (*pro hac vice*)
Nina.Tallon@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
1875 Pennsylvania Ave., NW
Washington, DC  20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

*Attorneys for Defendant Intel Corporation*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Continental Circuits LLC, | |
| Plaintiff, | Case No. 2:16-cv-02026-DGC |
| v. | **INTEL'S NOTICE OF SERVICE OF DISCOVERY REQUESTS** |
| Intel Corporation; Ibiden U.S.A. Corporation; and Ibiden Co., Ltd., | |
| Defendants. | |

PLEASE TAKE NOTICE that on April 24, 2017, Defendant Intel Corporation, served via email, its First Set of Interrogatories to Plaintiff (Nos. 1-2) upon counsel of record for Plaintiff Continental Circuits LLC.

This notice is filed in lieu of filing the original discovery papers, pursuant to LRCiv 5.2.

DATED: April 26, 2017                           Respectfully submitted,

By:   s/ *Chad S. Campbell*

Chad S. Campbell (State Bar No. 012080)
PERKINS COIE LLP
2901 N. Central Avenue
Suite 2000
Phoenix, AZ 85012
Telephone: (602) 351-8000
Facsimile: (602) 648-7000

William F. Lee (*pro hac vice*)
Joseph J. Mueller (*pro hac vice*)
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

Nina S. Tallon (*pro hac vice*)
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Ave., NW
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

*Attorneys for Defendant Intel Corporation*

**CERTIFICATE OF SERVICE**

I certify that on this 26th day of April 2017, I electronically transmitted the foregoing document to all CM/ECF registrants of record in this matter.

*s/ Daniel R. Graziano*