IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Continental Circuits, LLC,<br><br>              Plaintiff,<br><br>v.<br><br>Intel Corp.; Ibiden U.S.A.; Ibiden Co., Ltd.,<br><br>              Defendants. | NO. CV16-02026-PHX DGC<br><br>**ORDER** |

The Court having considered the parties' Joint Motion to Seal.  Doc. 156.

**IT IS ORDERED** that this Motion (Doc. 156) is **granted**.  The Clerk shall accept for filing under seal the document lodged on the Court's docket as Doc. 157.

If a redacted version of this document has not been filed in the public record, Defendants shall do so no later than **May 3, 2017**.

Dated this 27th day of April, 2017.

_David G. Campbell_

_____

David G. Campbell
United States District Judge