AIKEN SCHENK HAWKINS & RICCIARDI P.C.
2390 East Camelback Road, Suite 400
Phoenix, Arizona 85016
Telephone: (602) 248-8203
Facsimile: (602) 248-8840
E-Mail: docket@ashrlaw.com
E-Mail: jas@ashrlaw.com
Joseph A. Schenk – 009260

Bradley W. Caldwell (*pro hac vice*)
Jason D. Cassady (*pro hac vice*)
J. Austin Curry (*pro hac vice*)
Warren J. McCarty (*pro hac vice*)
Jason S. McManis (*pro hac vice*)
CALDWELL CASSADY CURRY P.C.
2101 Cedar Springs Rd., Suite 1000
Dallas, Texas 75201
Telephone: (214) 888-4848
Facsimile: (214) 888-4849
Email: bcaldwell@caldwellcc.com
Email: jcassady@caldwellcc.com
Email: acurry@caldwellcc.com
Email: wmccarty@caldwellcc.com
Email: jmcmanis@caldwellcc.com

Attorneys for Plaintiff Continental Circuits, LLC

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Continental Circuits LLC,<br><br>Plaintiff,<br><br>v.<br><br>Intel Corp., Ibiden U.S.A. Corp., Ibiden Co., Ltd.,<br><br>Defendants. | CASE NO. CV-16-2026-PHX-DGC<br><br>**CONTINENTAL CIRCUITS LLC'S NOTICE OF SERVICE OF DISCOVERY RESPONSES** |

PLEASE TAKE NOTICE that on April 26, 2017, Plaintiff Continental Circuits LLC served via email discovery responses upon counsel of record for Defendants as follows:

- Intel Corporation, Ibiden U.S.A. Corp. and Ibiden Co, Ltd.: Continental Circuits LLC's Response to Ibiden's First Set of Interrogatories (Nos. 1-2).

This notice is filed in lieu of filing the original discovery papers, pursuant to LRCiv 5.2.

Dated this 27th day of April 2017.

          **CALDWELL CASSADY CURRY P.C**

          By    */s/ Warren J. McCarty, III (pro hac vice)*

          Bradley W. Caldwell (*pro hac vice*)
          Jason D. Cassady (*pro hac vice*)
          J. Austin Curry (*pro hac vice*)
          Warren J. McCarty (*pro hac vice*)
          Jason S. McManis (*pro hac vice*)
          2101 Cedar Springs Rd., Suite 1000
          Dallas, Texas 75201

          **AIKEN SCHENK HAWKINS & RICCIARDI P.C.**
          Joseph A. Schenk
          2390 East Camelback Road, Suite 400
          Phoenix, Arizona 85016

          **ATTORNEYS FOR PLAINTIFF CONTINENTAL CIRCUITS, LLC**

## CERTIFICATE OF SERVICE

The undersigned certifies that all counsel of record who have consented to electronic service are being served with a copy of the foregoing document via the Court's CM/ECF system on this 27th day of April 2017.

          */s/ Warren J. McCarty, III (pro hac vice)*
          Warren J. McCarty, III