Chad S. Campbell (State Bar No. 012080)
CSCampbell@perkinscoie.com
PERKINS COIE LLP
2901 N. Central Avenue, Suite 2000
Phoenix, AZ 85012
Telephone: (602) 351-8000
Facsimile: (602) 648-7000

William F. Lee (*pro hac vice*)
William.Lee@wilmerhale.com
Joseph J. Mueller (*pro hac vice*)
Joseph.Mueller@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

Nina S. Tallon (*pro hac vice*)
Nina.Tallon@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1875 Pennsylvania Ave., NW
Washington, DC  20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

*Attorneys for Defendants Intel Corp.,
Ibiden U.S.A. Corp.; and Ibiden Co., Ltd.*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Continental Circuits LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Intel Corporation; Ibiden U.S.A. Corporation; and Ibiden Co., Ltd.,<br><br>　　　　　Defendants. | Case No. 2:16-cv-02026-DGC<br><br>**DEFENDANTS' NOTICE OF SERVICE OF SUPPLEMENTAL DISCOVERY RESPONSE** |

1      PLEASE TAKE NOTICE that on May 2, 2017, Defendants Intel Corporation,
2 Ibiden U.S.A. Corporation and Ibiden Co., Ltd. served via email, Defendants' Sixth
3 Supplemental Responses to Plaintiff's First Set of Common Interrogatories (No. 2) upon
4 counsel of record for Plaintiff Continental Circuits LLC.

5      This notice is filed in lieu of filing the original discovery papers, pursuant to LRCiv
6 5.2.

DATED: May 3, 2017                 Respectfully submitted,

                                         By:  /s/ *Chad S. Campbell*

                                         Chad S. Campbell (State Bar No. 012080)
                                         PERKINS COIE LLP
                                         2901 N. Central Avenue
                                         Suite 2000
                                         Phoenix, AZ 85012
                                         Telephone: (602) 351-8000
                                         Facsimile: (602) 648-7000

                                         William F. Lee (*pro hac vice*)
                                         Joseph J. Mueller (*pro hac vice*)
                                         WILMER CUTLER PICKERING HALE AND DORR LLP
                                         60 State Street
                                         Boston, MA 02109
                                         Telephone: (617) 526-6000
                                         Facsimile: (617) 526-5000

                                         Nina S. Tallon (*pro hac vice*)
                                         WILMER CUTLER PICKERING HALE AND DORR LLP
                                         1875 Pennsylvania Ave., NW
                                         Washington, DC 20006
                                         Telephone: (202) 663-6000
                                         Facsimile: (202) 663-6363

                                         *Attorneys for Defendants Intel Corporation, Ibiden U.S.A. Corporation; and Ibiden Co., Ltd.*

**CERTIFICATE OF SERVICE**

I certify that on this 3rd day of May 2017, I electronically transmitted the foregoing document to all CM/ECF registrants of record in this matter.

                                                                                                                   */s/ Daniel R. Graziano*