IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Continental Circuits, LLC, | No. CIV 16-2026-PHX-DGC |
| Plaintiff, | **ORDER** |
| vs. | |
| Intel Corp; Ibiden U.S.A.; Ibiden Co., Ltd.,, | |
| Defendants. | |

The Court having considered the parties' Joint Motion to Seal, and good cause appearing,

IT IS HEREBY ORDERED that this Motion is granted. The following documents are sealed:

**Continental Circuits LLC's Opposition to Defendants' Partial Motion to Dismiss Second Amended Complaint.**

**DATED this 11th day of May, 2017.**

David G. Campbell
United States District Judge