| | |
|---|---|
| Chad S. Campbell (State Bar No. 012080)<br>CSCampbell@perkinscoie.com<br>PERKINS COIE LLP<br>2901 N. Central Avenue<br>Suite 2000<br>Phoenix, AZ 85012<br>Telephone: (602) 351-8000<br>Facsimile: (602) 648-7000<br><br>*Attorney for Defendants Intel Corporation, Ibiden Co., Ltd., and Ibiden USA Corporation* | William F. Lee (*pro hac vice*)<br>William.Lee@wilmerhale.com<br>Joseph J. Mueller (*pro hac vice*)<br>Joseph.Mueller@wilmerhale.com<br>WILMER CUTLER PICKERING<br>   HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>Tel: (617) 526-6000<br>Fax: (617) 526-5000<br><br>Nina S. Tallon (*pro hac vice*)<br>Nina.Tallon@wilmerhale.com<br>WILMER CUTLER PICKERING<br>   HALE AND DORR LLP<br>1875 Pennsylvania Avenue NW<br>Washington, DC 20006<br>Tel: (202) 663-6000<br>Fax: (202) 663-6363<br><br>*Attorneys for Defendants Intel Corporation, Ibiden Co., Ltd., and Ibiden USA Corporation* |

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Continental Circuits LLC,<br><br>                    Plaintiff,<br><br>    vs.<br><br>Intel Corporation;<br>Ibiden U.S.A. Corporation; and<br>Ibiden Co., Ltd.,<br><br>                    Defendants. | Case No. CV-16-2026-PHX-DGC<br><br>**DEFENDANTS' NOTICE OF SERVICE OF DISCOVERY** |

-1-

PLEASE TAKE NOTICE that on May 17, 2017, Defendants Intel Corporation; Ibiden U.S.A. Corporation; and Ibiden Co., Ltd. ("Defendants") served via e-mail on each relevant party the following notices of subpoena:

1. Defendants' Notice of Subpoena to AT&T Inc.;
2. Defendants' Notice of Subpoena to Oracle Corporation;
3. Defendants' Notice of Subpoena to Sumitomo Electric Semiconductor Materials, Inc.; and
4. Defendants' Notice of Subpoena to Valtronic Technologies USA Inc.

On May 18, 2017, Defendants served each subpoena attached to the above notices of subpoenas on the third party to whom the subpoena was addressed.

DATED: May 25, 2017

Respectfully submitted,

By: s/ *Chad S. Campbell*

Chad S. Campbell (State Bar No. 012080)
CSCampbell@perkinscoie.com
PERKINS COIE LLP
2901 N. Central Avenue
Suite 2000
Phoenix, AZ 85012
Telephone: (602) 351-8000
Facsimile: (602) 648-7000

William F. Lee (*pro hac vice*)
William.Lee@wilmerhale.com
Joseph J. Mueller (*pro hac vice*)
Joseph.Mueller@wilmerhale.com
WILMER CUTLER PICKERING HALE
  AND DORR LLP
60 State Street
Boston, MA 02109
Tel: (617) 526-6000 / Fax: (617) 526-5000

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Nina S. Tallon (*pro hac vice*)
Nina.Tallon@wilmerhale.com
WILMER CUTLER PICKERING HALE
　　AND DORR LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
Tel: (202) 663-6000 / Fax: (202) 663-6363

*Attorneys for Defendants Intel Corporation, Ibiden Co., Ltd., and Ibiden USA Corporation*

**CERTIFICATE OF SERVICE**

I certify that on this 25th day of May, I electronically transmitted the foregoing document to all CM/ECF registrants of record in this matter.

*s/ Kaye Leach*

135699883.1