Joseph A. Schenk (State Bar No. 009260)
AIKEN SCHENK HAWKINS &
RICCIARDI P.C.
2390 East Camelback Road, Suite 400
Phoenix, Arizona 85016
Telephone: (602) 248-8203
Fascimile: (602) 248-88840

Bradley W. Caldwell (*pro hac vice*)
bcaldwell@caldwellcc.com
Jason D. Cassady (*pro hac vice*)
jcassady@caldwellcc.com
J. Austin Curry (*pro hac vice*)
acurry@caldwellcc.com
Warren J. McCarty (*pro hac vice*)
wmccarty@caldwellcc.com
CALDWELL CASSADY CURRY P.C.
2101 Cedar Springs Rd., Suite 1000
Dallas, Texas 75201
Telephone: (214) 888-4848
Facsimile: (214) 888-4849

*Attorneys for Plaintiff*
*Continental Circuits, LLC*

Chad S. Campbell (State Bar No. 012080)
CSCampbell@perkinscoie.com
PERKINS COIE LLP
2901 N. Central Avenue, Suite 2000
Phoenix, AZ 85012
Telephone: (602) 351-8000
Facsimile: (602) 648-7000

William F. Lee (*pro hac vice*)
William.Lee@wilmerhale.com
Joseph J. Mueller (*pro hac vice*)
Joseph.Mueller@wilmerhale.com
WILMER CUTLER PICKERING HALE
AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

Nina S. Tallon (*pro hac vice*)
Nina.Tallon@wilmerhale.com
WILMER CUTLER PICKERING HALE
AND DORR LLP
1875 Pennsylvania Ave., NW
Washington, DC  20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

*Attorneys for Defendants Intel Corp.,*
*Ibiden U.S.A. Corp., and Ibiden Co., Ltd.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Continental Circuits LLC,<br><br>Plaintiff,<br><br>v.<br><br>Intel Corporation; Ibiden U.S.A. Corporation; and Ibiden Co., Ltd.,<br><br>Defendants. | Case No. CV-16-2026-PHX-DGC<br><br>**PLAINTIFF'S AND DEFENDANTS' JOINT CLAIM CONSTRUCTION STATEMENT** |

1   Pursuant to the Court's Case Management Order (Doc. 73), Plaintiff Continental
2   Circuits LLC and Defendants Intel Corporation, Ibiden U.S.A. Corporation, and Ibiden
3   Co., Ltd. hereby submit to the Court a Joint Claim Construction Statement
4   ("Statement"), which sets forth terms from the asserted claims of U.S. Patent Nos.
5   7,501,582 ("'582 patent"), 8,278,560 ("'560 patent"), 8,581,105 ("'105 patent"), and
6   9,374,912 ("'912 patent") that the parties propose for construction, their proposed
7   constructions, and the intrinsic and extrinsic evidence the parties have identified in
8   support of their proposed constructions.  In general, Plaintiff asserts that the claim
9   terms identified by Defendants should not be construed outside the scope of their plain
10   and ordinary meaning and that no constructions are necessary, while Defendants
11   contend that at least the identified claim terms herein require construction by the Court.
12   The Statement also sets out the claim terms that Defendants contend are indefinite, all
13   of which Plaintiff contends are not indefinite.

14   In addition to the intrinsic and extrinsic evidence identified below, both parties
15   intend to offer declarations from expert witnesses in support of their positions on claim
16   construction and indefiniteness.  Those declarations will be submitted with the parties'
17   claim construction briefs.

18   There are four categories of claim construction disputes.  Category 1 includes
19   claim language that Defendants contend must be construed as limited to processes
20   occurring "in a repeated desmear process" or surfaces "produced by a repeated desmear
21   process."  Plaintiff contends that claim terms of Category 1 should not be construed
22   outside the scope of their plain and ordinary meaning, and no construction is necessary
23   for each Category 1 claim term.  Category 2 includes claim language with the phrase
24   "[epoxy] dielectric material [that is] delivered with [] solid content."  Plaintiff contends
25   that the claim terms of Category 2 should not be construed outside the scope of their
26   plain and ordinary meaning, and that no construction is necessary for each Category 2
27   claim term.  Category 3 includes terms Defendants contend should be construed as

28

1

means-plus-function limitations, each with the same corresponding structure.  Plaintiff proposes alternative corresponding structures.  Finally, Category 4 includes four terms Defendants contend are indefinite.  Plaintiff contends those terms are not indefinite, that no construction is necessary or in the alternative that Plaintiff's proposed alternative constructions for those terms should be adopted.

Although the total number of terms at issue is nominally greater than four, that is because of minor variation among the language of the claims in the four categories. There are effectively only three claim construction disputes, reflected in the first three categories of terms presented herein, and indefiniteness disputes regarding four terms.

## Category 1

| Limitation | Plaintiff's Proposed Construction | Plaintiff's Evidence | Defendants' Proposed Construction | Defendants' Evidence |
|---|---|---|---|---|
| "etching [of] the epoxy" (*'560 patent, claims 14, 19; '105 patent, claims 13, 53, 71, 80, 82, 86, 88, 91, 95, 97, 101, 103*) | No construction necessary.<br><br>**Alternatively**:<br>"removing [of] the epoxy dielectric material" | FIGs. 1 and 2.<br><br>'582 patent at 2:27-30; '560 patent at 2:30-33; '105 patent at 2:41-44; '912 patent at 2:44-47.<br><br>'582 patent at 2:59-63; '560 patent at 2:57-60; '105 patent at 3:1-4; '912 patent at 3:8-11.<br><br>'582 patent at 5:37-51; '560 patent at 5:35-49; '105 patent at 5:44-58; '912 patent at 5:53-67.<br><br>'582 patent at 6:18-28; '560 patent at 6:16-26; '105 patent at 6:25-35; '912 patent at 6:34-44.<br><br>'582 patent at 8:43-9:9; '560 patent at 8:39-9:4; '105 patent at 8:48-9:13; '912 patent at 8:54-9:19. | "etching [of] the epoxy in a repeated desmear process" | '582 patent at 1:28-40; '560 patent at 1:32-44; '105 patent at 1:41-53; '912 patent at 1:44-56.<br><br>'582 patent at 1:42-46; '560 patent at 1:46-50; '105 patent at 1:55-59; '912 patent at 1:57-62.<br><br>'582 patent at 2:9-13; '560 patent at 2:13-17; '105 patent at 2:23-27; '912 patent at 2:26-31.<br><br>'582 patent at 2:25-30; '560 patent at 2:28-33; '105 patent at 2:39-44; '912 patent at 2:42-47.<br><br>'582 patent at 2:41-43; '560 patent at 2:40-42; '105 patent at 2:51-53; '912 patent at 2:58-60.<br><br>'582 patent at 3:18-4:11; '560 patent at 3:14-4:9; '105 |

| Limitation | Plaintiff's Proposed Construction | Plaintiff's Evidence | Defendants' Proposed Construction | Defendants' Evidence |
|---|---|---|---|---|
| | | Claims in the Patents-in-Suit, *e.g.*, the following claims: '582 patent claims 7, 10, 38 and 87; '560 patent claims 1, 6, 15, 19, 20, and 21; '105 patent claims 41-79 and 90-99; '912 patent claims 9-16 and 35-40. | | patent at 3:26-4:19; '912 patent at 3:34-4:27.<br><br>'582 patent at 5:37-51; '560 patent at 5:35-49; '105 patent at 5:44-58; '912 patent at 5:53-67. |
| "etching [of] the dielectric material" (*'912 patent, claims 2, 3, 18, 19, 20, 26, 27, 28*) | No construction necessary.<br><br>**Alternatively**:<br>"removing [of] the dielectric material" | FIGs. 1 and 2.<br><br>'582 patent at 2:27-30; '560 patent at 2:30-33; '105 patent at 2:41-44; '912 patent at 2:44-47.<br><br>'582 patent at 2:59-63; '560 patent at 2:57-60; '105 patent at 3:1-4; '912 patent at 3:8-11.<br><br>'582 patent at 5:37-51; '560 patent at 5:35-49; '105 patent at 5:44-58; '912 patent at 5:53-67.<br><br>'582 patent at 6:18-28; '560 patent at 6:16-26; '105 patent at 6:25-35; '912 patent at 6:34-44. | "etching [of] the dielectric material in a repeated desmear process" | '582 patent at 5:59-63; '560 patent at 5:57-61; '105 patent at 5:66-6:3; '912 patent at 6:8-12.<br><br>'582 patent at 6:29-45; '560 patent at 6:27-43; '105 patent at 6:36-52; '912 patent at 6:45-61.<br><br>'582 patent at 6:67-7:9; '560 patent at 6:65-7:8; '105 patent at 7:7-16; '912 patent at 7:15-25.<br><br>'582 patent at 7:15-8:11; '560 patent at 7:14-8:10; '105 patent at 7:23-8:19; '912 patent at 7:31-8:25. |

| Limitation | Plaintiff's Proposed Construction | Plaintiff's Evidence | Defendants' Proposed Construction | Defendants' Evidence |
|---|---|---|---|---|
| | | '582 patent at 8:43-9:9; '560 patent at 8:39-9:4; '105 patent at 8:48-9:13; '912 patent at 8:54-9:19.<br><br>Claims in the Patents-in-Suit, *e.g.*, the following claims: '582 patent claims 7, 10, 38 and 87; '560 patent claims 1, 6, 15, 19, 20, and 21; '105 patent claims 41-79 and 90-99; '912 patent claims 9-16 and 35-40. | | '582 patent at 8:43-9:9; '560 patent at 8:39-9:4; '105 patent at 8:48-9:13; '912 patent at 8:54-9:19.<br><br>'560 patent file history, June 25, 2012 Amendment and Response at 8-9.<br><br>'560 patent file history, June 23, 2012 Declaration of Professor C.P. Wong, Ph.D. ¶ 7. |
| "removal of a portion of the dielectric material" (*'582 patent, claims 85, 87, 114, 122*) | No construction necessary. | FIGs. 1-2.<br><br>'582 patent at 2:27-30; '560 patent at 2:30-33; '105 patent at 2:41-44; '912 patent at 2:44-47.<br><br>'582 patent at 2:59-63; '560 patent at 2:57-60; '105 patent at 3:1-4; '912 patent at 3:8-11.<br><br>'582 patent at 5:37-51; '560 patent at 5:35-49; '105 patent | "removal of a portion of the dielectric material in a repeated desmear process" | Probelec XB 7081 Photodielectric Provisional Technical Data Sheet, October 1996 (88702DEF0001054-1061), including, e.g., 88702DEF0001054, 1058.<br><br>Alpha-Fry Group Material Safety Data Sheet, PC-7023, July 14, 1995 (88702DEF0002096-2101). |

| Limitation | Plaintiff's Proposed Construction | Plaintiff's Evidence | Defendants' Proposed Construction | Defendants' Evidence |
|---|---|---|---|---|
| | | at 5:44-58; '912 patent at 5:53-67.<br><br>'582 patent at 6:18-28; '560 patent at 6:16-26; '105 patent at 6:25-35; '912 patent at 6:34-44.<br><br>'582 patent at 8:43-9:9; '560 patent at 8:39-9:4; '105 patent at 8:48-9:13; '912 patent at 8:54-9:19.<br><br>Claims in the Patents-in-Suit, *e.g.*, the following claims: '582 patent claims 7, 10, 38 and 87; '560 patent claims 1, 6, 15, 19, 20, and 21; '105 patent claims 41-79 and 90-99; '912 patent claims 9-16 and 35-40. | | Shipley Material Safety Data Sheet, Circuposit MLB Conditioner 211, July 9, 1996 (88702DEF0002213-2218).<br><br>Shipley Material Safety Data Sheet, Circuposit MLB Promoter 213 A, October 23, 1995 (88702DEF0002219-2224).<br><br>Shipley Material Safety Data Sheet, Circuposit MLB Promoter 213 B, August 15, 1996 (88702DEF0002225-2230).<br><br>Shipley Material Safety Data Sheet, Circuposit MLB Neutralizer 216, August 15, 1996 (88702DEF0002207-2212). |
| "removal of some of the dielectric material" (*'582 patent, claims 89, 92, 122*) | No construction necessary. | FIGs. 1-2.<br><br>'582 patent at 2:27-30; '560 patent at 2:30-33; '105 patent at 2:41-44; '912 patent at 2:44-47. | "removal of some of the dielectric material in a repeated desmear process" | C.A. Deckert, *Adhesion, Solderability, and Productivity: Next Generation PTH*, Proceedings of the AESF |

| Limitation | Plaintiff's Proposed Construction | Plaintiff's Evidence | Defendants' Proposed Construction | Defendants' Evidence |
|---|---|---|---|---|
| | | '582 patent at 2:59-63; '560 patent at 2:57-60; '105 patent at 3:1-4; '912 patent at 3:8-11.<br><br>'582 patent at 5:37-51; '560 patent at 5:35-49; '105 patent at 5:44-58; '912 patent at 5:53-67.<br><br>'582 patent at 6:18-28; '560 patent at 6:16-26; '105 patent at 6:25-35; '912 patent at 6:34-44.<br><br>'582 patent at 8:43-9:9; '560 patent at 8:39-9:4; '105 patent at 8:48-9:13; '912 patent at 8:54-9:19.<br><br>Claims in the Patents-in-Suit, *e.g.*, the following claims: '582 patent claims 7, 10, 38 and 87; '560 patent claims 1, 6, 15, 19, 20, and 21; '105 patent claims 41-79 and 90-99; '912 patent claims 9-16 and 35-40. | | Annual Technical Conference, 1990, pp. 1065-82 (88702DEF0001022-1045).<br><br>C.A. Deckert, *Advances in MLB Technology*, Circuit World, Vol. 13, No. 3, 1987 (RHC00000035-0042).<br><br>A.R. DelGobbo and C.I. Courduvelis, *Desmear/Etchback of Multilayers Using Alkaline Permanganate*, Printed Circuit Fabrication, Vol. 10, No. 7, 1987, pp. 54-59 (88702DEF0001011-1016).<br><br>N.V. Mandich, *Chemistry of Solvent Conditioning Prior to Permanganate Etching of PCB's*, Transactions of the Institute of Metal Finishing, Vol. 72, No. 1, 1994, pp. 41-44 (88702DEF0002110-2113). |

| Limitation | Plaintiff's Proposed Construction | Plaintiff's Evidence | Defendants' Proposed Construction | Defendants' Evidence |
|---|---|---|---|---|
| "a surface of a layer of a dielectric material" (*'582 patent, claims 94, 95*) | No construction necessary. | FIGs. 1 – 11.

'582 patent at 1:50-2:30; 3:27-39; 3:40-46; 3:53-57; 5:37-40; 6:1-6.

Claims in the Patents-in-Suit, *e.g.*, the following claims: '582 patent claims 7, 10, 38 and 87; '560 patent claims 1, 6, 15, 19, 20, and 21; '105 patent claims 41-79 and 90-99; '912 patent claims 9-16 and 35-40. | "a surface of a layer of a dielectric material produced by a repeated desmear process" | D. Schröer et al., *Pretreatment of Polymer Surfaces—The Crucial Step Prior to Metal Deposition*, Electrochimica Acta, Vol. 40, No. 10, July 1995, pp. 1487-94 (88702DEF0001062-1069).

Joseph Edwards, *Electroplating: A Guide for Designers and Engineers* (1983) (88702DEF0001975-2048). |
| "a surface of a dielectric material" (*'582 patent, claims 100, 122*) | No construction necessary. | FIGs. 1 – 11.

'582 patent at 1:50-2:30; 3:27-39; 3:40-46; 3:53-57; 5:37-40; 6:1-6.

Claims in the Patents-in-Suit, *e.g.*, the following claims: '582 patent claims 7, 10, 38 and 87; '560 patent claims 1, 6, 15, 19, 20, and 21; '105 patent claims 41-79 and 90- | "a surface of a dielectric material produced by a repeated desmear process" | Zenglin Wang et al., *Adhesion Improvement of Electroless Copper to a Polyimide Film Substrate by Combining Surface Microroughening and Imide Ring Cleavage*, Journal of Adhesion Science and Technology, Vol. 16, No. 8, 2002, pp. 1027-40 (88702DEF0006241-6255).

SOP#3008 REV C PhotoLink S.O.P., March 10, 1998 |

| Limitation | Plaintiff's Proposed Construction | Plaintiff's Evidence | Defendants' Proposed Construction | Defendants' Evidence |
|---|---|---|---|---|
| | | 99; '912 patent claims 9-16 and 35-40. | | (CONCIR-0001607-1627), including, e.g., CONCIR-0001624-1625. |
| "a dielectric material comprising a surface" (*'582 patent, claims 109, 122*) | No construction necessary. | FIGs. 1 – 11.<br><br>'582 patent at 1:50-2:30; 3:27-39; 3:40-46; 3:53-57; 5:37-40; 6:1-6.<br><br>Claims in the Patents-in-Suit, e.g., the following claims: '582 patent claims 7, 10, 38 and 87; '560 patent claims 1, 6, 15, 19, 20, and 21; '105 patent claims 41-79 and 90-99; '912 patent claims 9-16 and 35-40. | "a dielectric material comprising a surface produced by a repeated desmear process" | Letter from Brian McDermott, April 6, 1998 (CONCIR-0001710-1711).<br><br>Comparison of Dielectric Toothing in Boards with High and Low Cu Peel Strength, April 7, 1998 (CONCIR-0001712).<br><br>Multiposit Shipley Multilayer Process (RHC00000512-0524), including, e.g., RHC00000516.<br><br>The Circuposit 200 MLB Process: The Advanced Shipley Alkaline Permanganate System (RHC00000075-0089), including, e.g., RHC00000076, RHC00000079-0082. |

| Limitation | Plaintiff's Proposed Construction | Plaintiff's Evidence | Defendants' Proposed Construction | Defendants' Evidence |
|---|---|---|---|---|
| | | | | Process Principles Circuposit MLB Neutralizer 216-3 (RHC000000043-0046).<br><br>Process Principles Circuposit MLB Conditioner 216-3 (RHC000000047-0051).<br><br>Advances in MLB Technology Circuposit 200 MLB Process (RHC00000001-0020), including, e.g., RHC00000007.<br><br>U.S. Patent No. 5,998,237 (88702DEF0005118-5124), including, e.g., 6:33-47. |

**Category 2**

| Limitation | Plaintiff's Proposed Construction | Plaintiff's Evidence | Defendants' Proposed Construction | Defendants' Evidence |
|---|---|---|---|---|
| "epoxy dielectric material delivered with solid content" (*'560 patent, claims 14, 19; '105 patent, claims 13, 53, 71, 101*)<br><br>"epoxy dielectric material . . . the dielectric material delivered with solid content" (*'105 patent, claims 80, 82, 86, 88, 91, 95, 97, 103*) | No construction necessary.<br><br>**Alternatively**:<br>"epoxy dielectric material having solid particles suspended in the dielectric material" | FIGs. 1 and 2.<br><br>'560 patent at 1:17-28; '105 patent at 1:26-37.<br><br>'560 patent at 2:28-33; '105 patent at 2:39-44.<br><br>'560 patent at 3:4-4:17; '105 patent at 3:16-4:17.<br><br>'560 patent at 5:46-49; '105 patent at 5:54-58.<br><br>'560 patent at 6:39-46; '105 patent at 6:48-55. | "epoxy dielectric material delivered with solid particles suspended in a liquid" | '560 patent at 5:13-19; '105 patent at 5:22-28; '912 patent at 5:31-37.<br><br>'560 patent at 6:39-62; '105 patent at 6:48-7:4; '912 patent at 6:57-7:12.<br><br>'560 patent at 7:9-42; '105 patent at 7:18-50; '912 patent at 7:26-58.<br><br>'560 patent file history, February 22, 2012 Information Disclosure Statement. |
| "dielectric material delivered with solid content" (*'912 patent, claims 2, 18, 26*)<br><br>"dielectric material that is delivered with solid content" (*'912 patent, claims 20, 28*) | No construction necessary.<br><br>**Alternatively**:<br>"dielectric material having solid particles suspended in the dielectric material" | '560 patent 7:28-30; '105 patent at 7:37-39.<br><br>'560 patent file history, June 25, 2012 Amendment and Response at 7-8.<br><br>'560 patent file history, June 25, 2012 Amendment and Response at 8-9. | "dielectric material delivered with solid particles suspended in a liquid" | '560 patent file history, February 22, 2012 Amendment and Response.<br><br>'560 patent file history, April 24, 2012 Office Action.<br><br>'560 patent file history, June 25, 2012 Amendment and Response at 7-8. |

| Limitation | Plaintiff's Proposed Construction | Plaintiff's Evidence | Defendants' Proposed Construction | Defendants' Evidence |
|---|---|---|---|---|
| "dielectric material delivered with . . . solid content" (*'912 patent, claims 3, 19, 27*) | | '560 patent file history, June 23, 2012 Declaration of Professor C.P. Wong, Ph.D. ¶ 4. | | '560 patent file history, June 25, 2012 Amendment and Response at 8-9.<br><br>'560 patent file history, June 23, 2012 Declaration of Professor C.P. Wong, Ph.D. ¶ 4.<br><br>Probelec XB 7081 Photodielectric Provisional Technical Data Sheet, October 1996 (88702DEF0001054-1061), including, e.g., 88702DEF0001054, 1055.<br><br>Ciba Procede de Fabrication XB 7081, July 1, 1998 (HUNT000346-0369), including, e.g., HUNT000348, 0354-0355, 0359-0360.<br><br>Ciba Procede de Fabrication XB 7081, July 10, 1998 (HUNT000370-0393). |

| Limitation | Plaintiff's Proposed Construction | Plaintiff's Evidence | Defendants' Proposed Construction | Defendants' Evidence |
|---|---|---|---|---|
| | | | | Ciba Procede de Fabrication XB 7081, October 27, 1998 (HUNT000145-0168). Technisches Datenblatt Probelec 81/7081, September 22, 1998 (HUNT000198-0204). Certificate of Analyses Probelec 81/7081, June 11, 2003 (HUNT000222). Huntsman's "7081_751only.xls" Spreadsheet (HUNT000455). |

**Category 3**

| Limitation | Plaintiff's Proposed Construction | Plaintiff's Evidence | Defendants' Proposed Construction | Defendants' Evidence |
|---|---|---|---|---|
| "means for joining the conductive layer to the dielectric material" (*'582 patent, claims 109, 122*) | **Function** joining the conductive layer to the dielectric material<br><br>**Structure** The tooth structure as depicted in FIG. 1 and further explained in the '582 patent at 3:21-23, and any equivalent thereof. | '582 patent at 1:66-2:6; 2:27-30; 3:37-39; 3:46-51.<br><br>'582 patent file history, February 26, 2007 Declaration of Professor C.P. Wong, Ph.D. ¶ 7. | **Function** joining the conductive layer to the dielectric material<br><br>**Structure** The teeth structure described at '582 patent at 3:18-4:11 | '582 patent at 1:28-46; '105 patent at 1:41-59.<br><br>'582 patent at 1:50-2:30; '105 patent at 1:63-2:44.<br><br>'582 patent at 2:38-43; '105 patent at 2:48-53.<br><br>'582 patent at 3:8-17; '105 patent at 3:16-25.<br><br>'582 patent at 3:18-4:11; '105 patent at 3:26-4:19.<br><br>'582 patent, Figures 1-2; '105 patent, Figures 1-2.<br><br>'582 patent file history, July 26, 2004 Artifact File (Color photographs of Figures 1-2).<br><br>'582 patent file history, January 23, 2006 Amendment and Response at 39. |
| "means for mechanically gripping a conductive layer to the surface of the dielectric material so that the conductive layer is burrowed in and under the top surface of the dielectric material" (*'582 patent, claims 114, 122*) | **Function** mechanically gripping a conductive layer to the surface of the dielectric material so that the conductive layer is burrowed in and under the top surface of the dielectric material<br><br>**Structure** The tooth structure as depicted in FIG. 1 and further explained in the '582 patent at 3:42-51, and any equivalent thereof. | '582 patent at 1:66-2:6; 2:27-30; 3:37-39; 3:46-51.<br><br>'582 patent file history, February 26, 2007 Declaration of Professor C.P. Wong, Ph.D. ¶ 7. | **Function** mechanically gripping a conductive layer to the surface of the dielectric material so that the conductive layer is burrowed in and under the top surface of the dielectric material<br><br>**Structure** The teeth structure described at '582 patent at 3:18-4:11 | |

| | | | | |
|---|---|---|---|---|
| "means for interlocking a conductor part of the circuitry configured for filling cavities with an epoxy dielectric material disposed in combination with the circuitry and coupled with the conductor part" (*'105 patent, claim 103*) | **Function**<br>interlocking a conductor part of the circuitry configured for filling cavities with an epoxy dielectric material disposed in combination with the circuitry and coupled with the conductor part<br><br>**Structure**<br>The tooth structure as depicted in FIG. 1 and further explained in the '105 patent at 3:40-47, and any equivalent thereof. | '105 patent at 2:12-20; 2:41-44; 3:54-59.<br><br>'582 patent file history, February 26, 2007 Declaration of Professor C.P. Wong, Ph.D. ¶ 7. | **Function**<br>interlocking a conductor part of the circuitry configured for filling cavities with an epoxy dielectric material disposed in combination with the circuitry and coupled with the conductor part<br><br>**Structure**<br>The teeth structure described at '105 patent at 3:26-4:19 | '582 patent file history, February 26, 2007 Declaration of Professor C.P. Wong, Ph.D. ¶ 7.<br><br>'105 patent file history, March 4, 2013 Renewed Petition Under 37 CFR 1.84(a)(2) at 1-2.<br><br>Continental Circuits (RHC00000155-0174), including, e.g., RHC00000162-0173.<br><br>Brian J. McDermott, *Photodefined Vias Enable High Density Designs*, Electronic Packaging and Production, May 1996, pp. 45-48 (88702DEF0007585-7587), including, e.g., 88702DEF0007586.<br><br>Brian J. McDermott, *Shifting the Paradigm*, Circuitree, March 1996, pp. 22-28 (88702DEF0007588-7594), including, e.g., 88702DEF0007590, 7592. |

## Category 4 – Terms Defendants Contend Are Indefinite

| Limitation[1] | Plaintiff's Proposed Construction | Plaintiff's Evidence | Defendants' Proposed Construction | Defendants' Evidence[2] |
|---|---|---|---|---|
| "a sample of the circuitry [has a frequency of the teeth sufficient to provide at least 5,000 of the[/said] teeth per linear inch]"<br><br>('582 patent, claims 94, 95, 122) | No construction necessary. Not indefinite.<br><br>**Alternatively**:<br>"the conductive layer having at least 5,000 teeth per linear inch" | FIGs. 1-11.<br><br>'582 patent at 1:50-2:30; 3:1-3; 3:15-17; 3:21-23; 3:46-51, 3:52-61; 3:62-4:11; 4:19-39; 4:53-60; 5:15-32; and 5:65-6:1. | Indefinite | |
| "upgrade slope" | No construction necessary. Not indefinite. | FIGs. 1 and 2. | Indefinite | Continental Circuits' May 9, 2017 Supplemental Response to Defendants' Common |

---

[1]     The Indefiniteness Terms in this Joint Claim Construction Statement are terms proposed by Defendants in their May 11, 2017 Disclosure of Indefinite Claim Terms and Claim Terms Proposed for Construction.  Continental Circuits did not propose any terms for construction on May 11.  In its May 18, 2017 Disclosure of Preliminary Claim Constructions and Identification of Evidence and May 26, 2017 Supplemental Disclosure of Preliminary Claim Constructions and Identification of Evidence, Continental Circuits proposed adding language to the terms Defendants contend are indefinite.  During the meet and confer process, the parties agreed that Continental Circuits could cite other language from the claims as part of its argument that certain terms are not indefinite, but that the Joint Claim Construction Statement would include only the terms as originally proposed by Defendants.

[2]     For terms that Defendants contend are indefinite, Defendants will not rely on the intrinsic record to establish the terms' meaning.  Defendants reserve the right, however, to reference the intrinsic record, including the asserted patents and their file histories, to support Defendants' indefiniteness arguments.  Further, although Defendants do not believe that citations to extrinsic evidence are required under the Court's Case Management Order for terms that Defendants contend are indefinite, Defendants have nevertheless provided such citations.

| Limitation[1] | Plaintiff's Proposed Construction | Plaintiff's Evidence | Defendants' Proposed Construction | Defendants' Evidence[2] |
|---|---|---|---|---|
| (*'582 patent, claims 85, 87, 89, 92, 94, 95, 100, 109, 114, 122*) | **Alternatively**: The entire phrase "upgrade slope *with respect to the surface*" may be construed as:<br><br>"upward incline with respect to the surface" | '582 patent at 2:1-6; 3:28-39; 3:40-51; and 3:52-57.<br><br>Random House Webster's College Dictionary — "upgrade" and "slope"<br><br>Webster's New World College Dictionary — "upgrade" and "slope" | | Interrogatory No. 5, Exhibit A, including, e.g., pp. 33-35.<br><br>Second Amended Complaint (Doc. 128), including, e.g., ¶ 125. |
| "peel strength greater than a peel strength that would be produced by a single desmear process" (*'582 patent, claims 87, 92*) | No construction necessary. Not indefinite.<br><br>**Alternatively**: "a peel strength above 6 lbs/in" | '582 patent at 5:3-14; 5:37-51; 6:57-64; 6:67-7:9; 8:43-9:9.<br><br>U.S. Patent No. 5,055,321; U.S. Patent No. 5,517,758.<br><br>Institute for Interconnecting and Packaging Electronic Circuits, IPCTM-650 method 2.4.8.<br><br>C.F. Coombs, Jr., *Printed Circuits Handbook*, Sixth Edition (2008) (88702DEF0007599), including, e.g., 88702DEF0007858. | Indefinite | Merix's Density Enabling Technologies Presentation (SANM0000411-0427), including, e.g., SANM0000427.<br><br>Shipley Memo from Kevin Horgan to Phil Knudsen et al., October 21, 1996 (RHC00000118-0127), including, e.g., RHC00000118-0120.<br><br>J. Kim et al., *Mechanical Effects in Peel Adhesion Test*, Journal of Adhesion Science and Technology, Vol. 3, No. 3, pp. 175-87, 1989 (88702DEF0010694-0706), |

| Limitation[1] | Plaintiff's Proposed Construction | Plaintiff's Evidence | Defendants' Proposed Construction | Defendants' Evidence[2] |
|---|---|---|---|---|
| | | | | including, e.g., 88702DEF0010695.<br><br>A. J. Kinloch, *Adhesion and Adhesives: Science and Technology* ch. 6 (1987) (88702DEF0010612-0693), including, e.g., 88702DEF0010625-0629.<br><br>Jack W. Dini, *Electrodeposition: The Materials Science of Coatings and Substrates* ch. 3 (Reprint ed. 1993) (88702DEF0010707-0761), including, e.g., 88702DEF0010726. |
| "substantially greater cross-sectional distance distant from the [initial] surface"<br><br>(*'560 patent, claims 14, 19; '105 patent, claims 13, 53, 71, 80, 82, 86, 88, 91, 95, 97, 101, 103*) | No construction necessary. Not indefinite.<br><br>**Alternatively**:<br>The entire phrase "*cavities having a first cross-sectional distance proximate the [initial] surface and a substantially greater cross-sectional distance distant* | FIGs. 1 and 2.<br><br>'560 patent at 1:62-2:33; '105 patent at 2:4-44.<br><br>'560 patent 3:24-54; '105 patent at 2:4-44; 3:36-65.<br><br>Claims in the Patents-in-Suit, *e.g.*, the following claims: '560 patent claim 15; | Indefinite | |

| Limitation[1] | Plaintiff's Proposed Construction | Plaintiff's Evidence | Defendants' Proposed Construction | Defendants' Evidence[2] |
|---|---|---|---|---|
| | from the [initial] surface" may be construed as:<br><br>"cavities with a width near the surface that is smaller than a width farther from the surface" | Webster's New World College Dictionary— "substantial"<br><br>Merriam-Webster's Collegiate Dictionary — "substantial"<br><br>U.S. Patent Nos. 5,483,102; 5,808,481; 6,228,691; 6,727,154; 6,888,722; 7,152,313; 7,633,752; 7,772,702; 7,915,804; 8,017,022; 8,425,785; 8,877,632; 8,101,868; 8,431,833; and 8,829,357 | | |

DATED: June 1, 2017

Respectfully submitted,

By:  /s/ *Warren J. McCarty, III (pro hac vice)*
Joseph A. Schenk (State Bar No. 009260)
AIKEN SCHENK HAWKINS &
RICCIARDI P.C.
2390 East Camelback Road, Suite 400
Phoenix, Arizona 85016
Telephone: (602) 248-8203
Fascimile: (602) 248-88840

Bradley W. Caldwell (*pro hac vice*)
bcaldwell@caldwellcc.com
Jason D. Cassady (*pro hac vice*)
jcassady@caldwellcc.com
J. Austin Curry (*pro hac vice*)
acurry@caldwellcc.com
Warren J. McCarty (*pro hac vice*)
wmccarty@caldwellcc.com
CALDWELL CASSADY CURRY P.C.
2101 Cedar Springs Rd., Suite 1000
Dallas, Texas 75201
Telephone: (214) 888-4848
Facsimile: (214) 888-4849

*Attorneys for Plaintiff Continental Circuits, LLC*


Respectfully submitted,

By:  /s/ *Joseph J. Mueller*
Chad S. Campbell (State Bar No. 012080)
CSCampbell@perkinscoie.com
PERKINS COIE LLP
2901 N. Central Avenue, Suite 2000
Phoenix, AZ 85012
Telephone: (602) 351-8000
Facsimile: (602) 648-7000

William F. Lee (*pro hac vice*)
William.Lee@wilmerhale.com

Joseph J. Mueller (*pro hac vice*)
Joseph.Mueller@wilmerhale.com
WILMER CUTLER PICKERING HALE AND
DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

Nina S. Tallon (*pro hac vice*)
Nina.Tallon@wilmerhale.com
WILMER CUTLER PICKERING HALE AND
DORR LLC
1875 Pennsylvania Ave., NW
Washington, DC  20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

*Attorneys for Defendants Intel Corp., Ibiden U.S.A. Corp., and Ibiden Co., Ltd.*

<u>**CERTIFICATE OF SERVICE**</u>

I certify that on this 1st day of June, 2017, I electronically transmitted the

foregoing document to the Clerk's Office using the CM/ECF System for filing and

transmittal of a Notice of Electronic Filing to all CM/ECF registrants of record in this

matter.

<u>*/s/ Warren J. McCarty, III  (pro hac vice)*</u>
Warren J. McCarty, III