Chad S. Campbell (State Bar No. 012080)
CSCampbell@perkinscoie.com
PERKINS COIE LLP
2901 N. Central Avenue, Suite 2000
Phoenix, AZ 85012
Telephone: (602) 351-8000
Facsimile: (602) 648-7000

William F. Lee (*pro hac vice*)
William.Lee@wilmerhale.com
Joseph J. Mueller (*pro hac vice*)
Joseph.Mueller@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

Nina S. Tallon (*pro hac vice*)
Nina.Tallon@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1875 Pennsylvania Ave., NW
Washington, DC  20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

*Attorneys for Defendant Intel Corporation*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Continental Circuits LLC,<br><br>      Plaintiff,<br><br>  v.<br><br>Intel Corporation; Ibiden U.S.A. Corporation; and Ibiden Co., Ltd.,<br><br>      Defendants. | Case No. 2:16-cv-02026-DGC<br><br>**INTEL CORPORATION'S NOTICE OF SERVICE OF SUPPLEMENTAL DISCOVERY RESPONSE** |

1     PLEASE TAKE NOTICE that on May 31, 2017, Defendant Intel Corporation
served via email, Intel's Second Supplemental Responses to Plaintiff's First set of Specific
Interrogatories to Intel (No. 1) and Exhibit A, upon counsel of record for Plaintiff.

    This notice is filed in lieu of filing the original discovery papers, pursuant to LRCiv 5.2.

DATED: June 2, 2017                               Respectfully submitted,

By:   /s/ *Chad S. Campbell*

Chad S. Campbell (State Bar No. 012080)
PERKINS COIE LLP
2901 N. Central Avenue
Suite 2000
Phoenix, AZ 85012
Telephone: (602) 351-8000
Facsimile: (602) 648-7000

William F. Lee (*pro hac vice*)
Joseph J. Mueller (*pro hac vice*)
WILMER CUTLER PICKERING HALE
AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

Nina S. Tallon (*pro hac vice*)
WILMER CUTLER PICKERING HALE
AND DORR LLP
1875 Pennsylvania Ave., NW
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

*Attorneys for Defendant Intel Corporation*

**CERTIFICATE OF SERVICE**

I certify that on this 2nd day of June 2017, I electronically transmitted the foregoing document to all CM/ECF registrants of record in this matter.

                                                /s/      Chad S. Campbell