# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Continental Circuits LLC,<br><br>             Plaintiff,<br><br>     vs.<br><br>Intel Corporation;<br>Ibiden U.S.A. Corporation; and<br>Ibiden Co., Ltd.,<br><br>             Defendants. | Case No. CV-16-2026-PHX-DGC<br><br>**ORDER REGARDING CLAIM CONSTRUCTION BRIEFING PAGE LIMITS AND NUMBER OF TERMS** |

Having considered the Parties' Stipulated Request Regarding Claim Construction Briefing Page Limits and Number of Terms, and good cause appearing therefor,

IT IS HEREBY ORDERED that (1) the page limit for opening and responsive claim construction briefs is twenty-two pages; and (2) the parties may present the Court with three categories of claim construction disputes (not including disputes over terms that Defendants assert are indefinite) as set forth in the parties' Joint Claim Construction Statement, even if those disputes implicate more than ten claim terms.

Dated this 2nd day of June, 2017.

_____
David G. Campbell
United States District Judge