Chad S. Campbell (State Bar No. 012080)
CSCampbell@perkinscoie.com
PERKINS COIE LLP
2901 N. Central Avenue, Suite 2000
Phoenix, AZ 85012
Telephone: (602) 351-8000
Facsimile: (602) 648-7000

William F. Lee (*pro hac vice*)
William.Lee@wilmerhale.com
Joseph J. Mueller (*pro hac vice*)
Joseph.Mueller@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

Nina S. Tallon (*pro hac vice*)
Nina.Tallon@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1875 Pennsylvania Ave., NW
Washington, DC  20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

*Attorneys for Defendant Ibiden Co., Ltd.*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Continental Circuits LLC,<br><br>             Plaintiff,<br><br>      v.<br><br>Intel Corporation; Ibiden U.S.A. Corporation; and Ibiden Co., Ltd.,<br><br>             Defendants. | Case No. 2:16-cv-02026-DGC<br><br>**IBIDEN CO. LTD'S NOTICE OF SERVICE OF DISCOVERY RESPONSE** |

PLEASE TAKE NOTICE that on June 5, 2017, Defendant Ibiden Co., Ltd. served via email, Ibiden Co. Ltd.'s Responses to Plaintiff's Request to Enter and Inspect Premises pursuant to Fed. R. Civ. P. 34, upon counsel of record for Plaintiff Continental Circuits LLC.

This notice is filed in lieu of filing the original discovery papers, pursuant to LRCiv 5.2.

DATED: June 6, 2017

Respectfully submitted,

By: /s/ *Chad S. Campbell*

Chad S. Campbell (State Bar No. 012080)
PERKINS COIE LLP
2901 N. Central Avenue
Suite 2000
Phoenix, AZ 85012
Telephone: (602) 351-8000
Facsimile: (602) 648-7000

William F. Lee (*pro hac vice*)
Joseph J. Mueller (*pro hac vice*)
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

Nina S. Tallon (*pro hac vice*)
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Ave., NW
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

*Attorneys for Defendant Ibiden Co., Ltd.*

## CERTIFICATE OF SERVICE

I certify that on this 6th day of June 2017, I electronically transmitted the foregoing document to all CM/ECF registrants of record in this matter.

                                          */s/ Chad S. Campbell*