AIKEN SCHENK HAWKINS & RICCIARDI P.C.
2390 East Camelback Road, Suite 400
Phoenix, Arizona 85016
Telephone: (602) 248-8203
Facsimile: (602) 248-8840
E-Mail: docket@ashrlaw.com
E-Mail: jas@ashrlaw.com
Joseph A. Schenk – 009260

Bradley W. Caldwell (*pro hac vice*)
Jason D. Cassady (*pro hac vice*)
J. Austin Curry (*pro hac vice*)
Warren J. McCarty (*pro hac vice*)
CALDWELL CASSADY CURRY P.C.
2101 Cedar Springs Rd., Suite 1000
Dallas, Texas 75201
Telephone: (214) 888-4848
Facsimile: (214) 888-4849
Email: bcaldwell@caldwellcc.com
Email: jcassady@caldwellcc.com
Email: acurry@caldwellcc.com
Email: wmccarty@caldwellcc.com

Attorneys for Plaintiff Continental Circuits, LLC

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Continental Circuits LLC, | CASE NO. CV-16-2026-PHX-DGC |
| Plaintiff, | |
| v. | **CONTINENTAL CIRCUITS LLC'S NOTICE OF SERVICE OF AMENDED DISCOVERY REQUESTS** |
| Intel Corp., Ibiden U.S.A. Corp., Ibiden Co., Ltd., | |
| Defendants. | |

PLEASE TAKE NOTICE that on June 6, 2017, Plaintiff Continental Circuits LLC served via email amended discovery requests upon counsel of record for Defendants as follows:

- Intel Corporation: Continental Circuits LLC's First Amended Set of Requests for Production of Email (Nos. 1-5); and
- Ibiden U.S.A. Corp. and Ibiden Co, Ltd: Continental Circuits LLC's First Amended Set of Requests for Production of Email (Nos. 1-5).

This notice is filed in lieu of filing the original discovery papers, pursuant to LRCiv 5.2.

Dated this 7th day of June, 2017.

                              **CALDWELL CASSADY CURRY P.C**

                              By   */s/ Warren J. McCarty, III (pro hac vice)*

                              Bradley W. Caldwell (*pro hac vice*)
                              Jason D. Cassady (*pro hac vice*)
                              J. Austin Curry (*pro hac vice*)
                              Warren J. McCarty (*pro hac vice*)
                              2101 Cedar Springs Rd., Suite 1000
                              Dallas, Texas 75201

                              **AIKEN SCHENK HAWKINS & RICCIARDI P.C.**
                              Joseph A. Schenk
                              2390 East Camelback Road, Suite 400
                              Phoenix, Arizona 85016

                              **ATTORNEYS FOR PLAINTIFF CONTINENTAL CIRCUITS, LLC**

## CERTIFICATE OF SERVICE

The undersigned certifies that all counsel of record who have consented to electronic service are being served with a copy of the foregoing document via the Court's CM/ECF system on this 7th day of June, 2017.

                              */s/ Warren J. McCarty, III (pro hac vice)*
                              Warren J. McCarty, III