IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Continental Circuits LLC, | No. CV16-2026 PHX DGC |
| Plaintiff, | **FINAL JUDGMENT** |
| v. | |
| Intel Corporation, et al., | |
| Defendants. | |

Pursuant to and for the reasons set forth in Continental Circuits LLC's ("Continental Circuits") and Defendants Intel Corporation, Ibiden U.S.A. Corporation, and Ibiden Co., Ltd.'s ("Defendants") September 7, 2017 Stipulation And Joint Motion For Entry Of Final Judgment Of Non-Infringement And Non-Indefiniteness ("Stipulation") (Doc. 266).

**THE COURT ENTERS FINAL JUDGMENT of:**

    1.    non-infringement of all asserted claims of U.S. Patent No. 7,501,582 ("the '582 patent"), U.S. Patent No. 8,278,560 ("the '560 patent"), U.S. Patent No. 8,581,105 ("the '105 patent"), and U.S. Patent No. 9,374,912 ("the '912 patent") (collectively the "Patents-in-Suit") in view of the Court's construction of the Category 1 terms in the Claim Construction Order (ECF No. 243); and

    2.    non-indefiniteness under 35 U.S.C. §112, ¶ 2 with respect to the terms "a sample of the circuitry" (claims 94, 95, and 122 of the '582 patent); "upgrade slope" (claims 85, 87, 89, 92, 94, 95, 100, 109, 114, and 122 of the '582 patent); "peel strength

greater than a peel strength that would be produced by a single desmear process" (claims 87 and 92 of the '582 patent); and "substantially greater cross-sectional distance distant from the [initial] surface" (claims 14 and 19 of the '560 patent; and claims 13, 53, 71, 80, 82, 86, 88, 91, 95, 97, 101, and 103 of the '105 patent).

The Court also **dismisses without prejudice** Defendants' defenses and counterclaims, except for those concerning indefiniteness under §112, ¶ 2 with respect to the terms listed in the preceding paragraph. Defendants may revive any defenses and counterclaims dismissed without prejudice in the event of a remand.

This is a final, appealable judgment.

Dated this 12th day of September, 2017.

_____
David G. Campbell
United States District Judge