**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Continental Circuits LLC, | No. CV-16-02026-PHX-DGC |
| Plaintiff/Counterdefendant, | **ORDER** |
| v. | |
| Intel Corporation; Ibiden U.S.A. Corporation; and Ibiden Company Limited, | |
| Defendants/Counterclaimants. | |

      Pursuant to Local Rule of Civil Procedure 5.6, the parties have filed joint motions to seal their letters describing the summary judgment and *Daubert* motions they intend to file because the letters disclose Defendants' confidential business information. Docs. 387, 391, 394. The parties have lodged the proposed unredacted sealed versions of the letters with the Court (Docs. 389, 390, 392) and have filed redacted public versions on the docket (Docs. 384, 385, 393).

      Sealing the letters will have no effect on the public's ability to understand the issues addressed in the letters because lightly redacted copies have been filed in the public docket. The Court finds compelling reasons to seal and will grant the parties' motions. *See Kamakana v. City & Cty. of Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006); *see also* Doc. 367 at 12 (order granting the parties' motions to seal documents containing confidential information).

**IT IS ORDERED:**

1. The parties' joint motions to seal (Docs. 387, 391, 394) are **granted**.

2. The Clerk is directed to accept for filing under seal Docs. 389, 390, and 392. The Clerk is further directed to maintain the numbering of the sealed documents as currently indicated on the docket.

Dated this 27th day of May, 2020.

*David G. Campbell*
David G. Campbell
Senior United States District Judge