Joseph A. Schenk (State Bar No. 009260)
**FENNEMORE CRAIG P.C.**
2394 East Camelback Road, Suite 600
Phoenix, Arizona 85016
Telephone: (602) 916-5000
E-Mail:  jschenk@fclaw.com

Bradley W. Caldwell (*pro hac vice*)
Jason D. Cassady (*pro hac vice*)
J. Austin Curry (*pro hac vice*)
Warren J. McCarty (*pro hac vice*)
**CALDWELL CASSADY CURRY P.C.**
2121 N. Pearl St., Suite 1200
Dallas, Texas 75201
Telephone: (214) 888-4848
Facsimile: (214) 888-4849

 *Attorneys for Plaintiff*
*Continental Circuits, LLC*

Chad S. Campbell (State Bar No. 012080)
CSCampbell@perkinscoie.com
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, AZ 85012
Tel: (602) 351-8000
Fax: (602) 648-7000

William F. Lee (*pro hac vice*)
William.Lee@wilmerhale.com
Joseph J. Mueller (*pro hac vice*)
Joseph.Mueller@wilmerhale.com
**WILMER CUTLER PICKERING
HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Tel: (617) 526-6000
Fax: (617) 526-5000

*Attorneys for Defendants Intel
Corporation, Ibiden U.S.A. Corporation,
and Ibiden Co., Ltd.*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Continental Circuits LLC,<br><br>                 Plaintiff,<br><br>     v.<br><br>Intel Corporation;<br>Ibiden U.S.A. Corporation; and<br>Ibiden Co. Ltd.<br><br>                 Defendants. | CASE NO. CV-16-2026-PHX-DGC<br><br>**JOINT STATUS REPORT<br>AND STIPULATION OF<br>DISMISSAL WITH PREJUDICE** |

Plaintiff Continental Circuits LLC ("Continental Circuits") and Defendants Intel Corporation, Ibiden U.S.A. Corporation, and Ibiden Co. Ltd. ("Defendants") hereby provide a status report on the arbitration proceeding that occurred on June 25, 2020.  In view of the ongoing COVID-19 pandemic, which presented certain challenges to the continued litigation of this case, the parties agreed to submit their dispute to arbitration.  On June 29, 2020, the arbitrator issued an arbitration decision.  The issuance of that decision fully resolved this matter.

IT IS HEREBY STIPULATED AND AGREED, by and between the parties and subject to the approval of the Court, that pursuant to Federal Rules of Civil Procedure 41(a) and 41(c), all remaining claims in this action are hereby dismissed with prejudice, and all parties shall bear their own attorneys' fees and costs.

DATED this 22nd day of July, 2020.          Respectfully submitted,


By: ___/s/ Jason D. Cassady___          By: ___/s/ Joseph J. Mueller___
Joseph A. Schenk (State Bar No. 009260)          Chad S. Campbell (State Bar No. 012080)
FENNMORE CRAIG P.C.          CSCampbell@perkinscoie.com
2394 East Camelback Road, Suite 600          PERKINS COIE LLP
Phoenix, Arizona 85016          2901 N. Central Avenue, Suite 2000
Telephone: (602) 916-5000          Phoenix, AZ 85012
                                        Telephone: (602) 351-8000
                                        Facsimile: (602) 648-7000

Bradley W. Caldwell (*pro hac vice*)
bcaldwell@caldwellcc.com          William F. Lee (*pro hac vice*)
Jason D. Cassady (*pro hac vice*)          William.Lee@wilmerhale.com
jcassady@caldwellcc.com          Joseph J. Mueller (*pro hac vice*)
J. Austin Curry (*pro hac vice*)          Joseph.Mueller@wilmerhale.com
acurry@caldwellcc.com          WILMER CUTLER PICKERING HALE AND
Warren J. McCarty (*pro hac vice*)          DORR LLP
wmccarty@caldwellcc.com          60 State Street
CALDWELL CASSADY CURRY P.C.          Boston, MA 02109
2121 N. Pearl St., Suite 1200          Telephone: (617) 526-6000
Dallas, Texas 75201          Facsimile: (617) 526-5000
Telephone: (214) 888-4848
Facsimile: (214) 888-4849

*Attorneys for Plaintiff*          *Attorneys for Defendants Intel Corp.,*
*Continental Circuits, LLC*          *Ibiden U.S.A. Corp., and Ibiden Co., Ltd.*

## CERTIFICATE OF SERVICE

The undersigned certifies that all counsel of record who have consented to electronic service are being served with a copy of the foregoing document via the Court's CM/ECF system on this 22nd day of July, 2020.

*/s/ Jason D. Cassady*
Jason D. Cassady